Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Julian P. Vasek, Esq.
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201
(214) 855-7500

*Counsel for the Advisors*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P. <br><br> Debtor. | § § § § § § § § | Chapter 11 <br><br> Case No. 19-34054-sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., <br><br> Plaintiff, <br><br> v. <br><br> HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P. and NEXPOINT ADVISORS, L.P., <br><br> Defendants. | § § § § § § § § § § § § § § | Adv. No. 31-03010-sgj |

**NOTICE OF RESERVATION OF RIGHTS REGARDING APPLICATION
FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM**

TO THE HONORABLE STACEY G.C. JERNIGAN, U.S. BANKRUPTCY JUDGE:

NOW COME Highland Capital Management Fund Advisors, L.P. and NexPoint Advisors,

L.P. (the "Advisors") and file this *Reservation of Rights Regarding Application for Allowance of*

*Administrative Expense Claim*, respectfully stating as follows:

1. On January 24, 2021, the Advisors filed their *Application for Allowance of Administrative Expense Claim* (Bankr. Dkt. No. 1826, the "Advisors' Admin Claim").

2. On May 5, 2021, Highland Capital Management, L.P. (the "Debtor") filed its *Debtor's Objection to Application for Administrative Claim of Highland Capital Management Fund Advisors, L.P. and NexPoint Advisors, L.P.* (Bankr. Dkt. No. 2274, the "Objection").

3. On August 6, 2021, the Court entered its *Order Approving Stipulation (A) Amending Scheduling Order and (B) Consolidating and Resolving Certain Matters* (Adv. Dkt. No. 37, the "Stipulated Order").

4. Under the Stipulated Order, *inter alia*, the following deadlines apply:

    a. "Responses to the Objection ('Responses') shall be filed on or before November 1, 2021, unless otherwise agreed in writing by the Parties."

    b. "Any Party wishing to file a trial brief shall file and serve the same on or before December 1, 2021."

5. Furthermore, under the Stipulated Order, "The Debtor's Breach of Contract Claim shall be consolidated with the Advisors' Admin Claim for all purposes and shall be litigated and resolved pursuant to this Stipulation in the Adversary Proceeding, and the Court shall enter a final judgment on the Breach of Contract Claim and the Advisors' Admin Claim in the Adversary Proceeding."

6. The Advisors and the Debtor are involved in other litigation as well, and discovery is effectively ongoing, with depositions occurring as recently as October 29, 2021.

7. Accordingly, under the circumstances, and considering the procedural posture of this adversary proceeding, the Advisors reserve all their rights in lieu of filing a response to the Objection, including the right to file a trial brief and to put on a their case at trial.

RESPECTFULLY SUBMITTED this 1st day of November, 2021.

MUNSCH HARDT KOPF & HARR P.C.

By: /s/ *Julian P. Vasek*
    Davor Rukavina, Esq.
    Texas Bar No. 24030781
    Thomas D. Berghman, Esq.
    Texas Bar No. 24082683
    Julian P. Vasek, Esq.
    Texas Bar No. 24070790
    500 N. Akard Street, Suite 3800
    Dallas, Texas 75201
    (214) 855-7500
    drukavina@munsch.com
    tberghman@munsch.com
    jvasek@munsch.com

*Counsel for the Advisors*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on November 1, 2021, true and correct copies of the foregoing document were served on the following recipients via the Court's CM/ECF system.

Zachery Z. Annable on behalf of Plaintiff Highland Capital Management, L.P.
zannable@haywardfirm.com

Matthew A. Clemente on behalf of Interested Party Committee of Unsecured Creditors
mclemente@sidley.com, matthew-clemente-8764@ecf.pacerpro.com;efilingnotice@sidley.com;ebromagen@sidley.com;alyssa.russell@sidley.com;dtwomey@sidley.com

Juliana Hoffman on behalf of Interested Party Committee of Unsecured Creditors
jhoffman@sidley.com, txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

A. Lee Hogewood, III on behalf of Defendant Highland Capital Management Fund Advisors, L.P.
lee.hogewood@klgates.com, haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com

A. Lee Hogewood, III on behalf of Defendant NexPoint Advisors, L.P.
lee.hogewood@klgates.com, haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com

Paige Holden Montgomery on behalf of Interested Party Committee of Unsecured Creditors
pmontgomery@sidley.com, txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;crognes@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com

/s/ *Julian P. Vasek*
Julian P. Vasek