Davor Rukavina, Esq.
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR, P.C.
3800 Ross Tower
500 N. Akard Street
Dallas, TX 75202-2790
Telephone: (214) 855-7500
Facsimile:  (214) 978-4375

COUNSEL FOR THE ADVISORS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | ) | Case No. 19-34054 (SGJ11) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 21-03010 (SGJ11) |
| | ) | |
| HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., AND NEXPOINT ADVISORS, L.P., | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF TRIAL SETTING**

PLEASE TAKE NOTICE that the Court will conduct a trial on the merits in the above-captioned adversary proceeding beginning at **9:30 a.m. on February 8, 2022** before the Honorable Stacey G.C. Jernigan, United States Bankruptcy Judge.  The trial will continue on February 9, 2022 if necessary.  Unless the Court orders otherwise, the trial will be conducted remotely via

NOTICE OF TRIAL SETTING—Page 1

WebEx. Instructions for remote participation are below. For more information, visit https://www.txnb.uscourts.gov.

Judge Stacey Jernigan's Courtroom

https://us-courts.webex.com/meet/jerniga

Join by phone

Call-in number (US/Canada): 1-650-479-3207

Access code: 479 393 582

RESPECTFULLY SUBMITTED this 9th day of December, 2021.

    MUNSCH HARDT KOPF & HARR, P.C.

    By: /s/ *Julian P. Vasek*
        Davor Rukavina, Esq.
        Texas Bar No. 24030781
        Julian P. Vasek, Esq.
        Texas Bar No. 24070790
        500 N. Akard Street, Suite 3800
        Dallas, Texas  75201-6659
        Telephone: (214) 855-7500
        Facsimile: (214) 855-7584
        Email: drukavina@munsch.com
        Email: jvasek@munsch.com

    COUNSEL FOR THE ADVISORS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 9th day of December, 2021, true and correct copies of this document were electronically served by the Court's ECF system on the following parties:

Zachery Z. Annable on behalf of Plaintiff Highland Capital Management, L.P.
zannable@haywardfirm.com

Matthew A. Clemente on behalf of Interested Party Committee of Unsecured Creditors
mclemente@sidley.com, matthew-clemente-8764@ecf.pacerpro.com;efilingnotice@sidley.com;ebromagen@sidley.com;alyssa.russell@sidley.com;dtwomey@sidley.com

Juliana Hoffman on behalf of Interested Party Committee of Unsecured Creditors
jhoffman@sidley.com, txefilingnotice@sidley.com;julianna-hoffman-8287@ecf.pacerpro.com

A. Lee Hogewood, III on behalf of Defendant Highland Capital Management Fund Advisors, L.P.
lee.hogewood@klgates.com, haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com

A. Lee Hogewood, III on behalf of Defendant NexPoint Advisors, L.P.
lee.hogewood@klgates.com, haley.fields@klgates.com;matthew.houston@klgates.com;mary-beth.pearson@klgates.com;litigation.docketing@klgates.com;Emily.mather@klgates.com;Artoush.varshosaz@klgates.com

Paige Holden Montgomery on behalf of Interested Party Committee of Unsecured Creditors
pmontgomery@sidley.com, txefilingnotice@sidley.com;paige-montgomery-7756@ecf.pacerpro.com;crognes@sidley.com;ebromagen@sidley.com;efilingnotice@sidley.com

/s/ *Julian P. Vasek*
Julian P. Vasek