

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 31, 2022**

_____
**United States Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | § § § | |
| | § | Case No. 19-34054-sgj11 |
| Debtor. | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Adv. No. 21-03010-sgj |
| HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P. and NEXPOINT ADVISORS, L.P., | § § § § | |
| Defendants. | § § § | |

## AGREED AMENDED SCHEDULING ORDER

CAME ON FOR CONSIDERATION the *Joint Motion to Continue Trial and Extend Scheduling Order* (the "Motion"), filed jointly by Highland Capital Management, L.P., Highland Capital Management Fund Advisors, L.P., and NexPoint Advisors, L.P. (each a "Party" and

collectively the "Parties").  Having considered the Motion, finding that the relief requested is lawful and appropriate, and finding that there is no further need for notice of the Motion or of any hearing on the Motion, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that the trial of this Adversary Proceeding is RESET to commence on April 12, 2022 at 9:30 a.m. and continuing on April 13, 2022; it is further

ORDERED that:

     (i)     depositions will be completed by March 15, 2022;

     (ii)     except with respect to impeachment and rebuttal exhibits and witnesses, each Party shall file, and serve on each other Party, a list of its trial witnesses and exhibits, and shall exchange exhibits, on or before March 22, 2022;

     (iii)     objections to exhibits shall be filed on or before March 29, 2022, or shall be deemed waived;

     (iv)     a joint pretrial order, in compliance with the Court's Local Rules, shall be filed on or before April 5, 2022;

     (v)     any Party wishing to file a trial brief shall file one on or before April 5, 2022;

it is further

ORDERED that this Order supersedes any prior scheduling order and that, any deadline having expired in any such prior order not extended by this Order shall remain expired; it is further

ORDERED that the Court retains jurisdiction over all disputes concerning the interpretation and enforcement of this Order.

### # # #  END OF ORDER  # # #

AGREED:

| **MUNSCH HARDT KOPF & HARR, P.C.** | **PACHULSKI STANG ZIEHL & JONES LLP** |
|---|---|
| By: /s/ Davor Rukavina<br>Davor Rukavina, Esq.<br>State Bar No. 24030781<br>Julian P. Vasek, Esq.<br>State Bar No. 24070790<br>500 N. Akard St., Ste. 3800<br>Dallas, TX 75201<br>Tel: 214-855-7500<br>Fax: 214-855-7584<br><br>**ATTORNEYS FOR THE ADVISORS** | Jeffrey N. Pomerantz (CA Bar No. 143717)<br>John A. Morris (NY Bar No. 266326)<br>Gregory V. Demo (NY Bar No. 5371992)<br>Hayley R. Winograd (NY Bar No. 5612569)<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>Email: jpomerantz@pszjlaw.com<br>jmorris@pszjlaw.com<br>gdemo@pszjlaw.com<br>hwinograd@pszjlaw.com<br><br>-and-<br><br>**HAYWARD PLLC**<br><br>/s/ Zachery Z. Annable (w /permission)<br>Melissa S. Hayward<br>(Texas Bar No. 24044908)<br>Zachery Z. Annable<br>(Texas Bar No. 24053075)<br>10501 N. Central Expy, Ste. 106<br>Dallas, Texas 75231<br>Telephone: (972) 755-7100<br>Facsimile: (972) 755-7110<br>Email: MHayward@HaywardFirm.com<br>ZAnnable@HaywardFirm.com<br><br>**Counsel for Highland Capital Management, L.P.** |