PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: § § § HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] § § § Reorganized Debtor. § § | Chapter 11 Case No. 19-34054-sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., § § Plaintiff, § § vs. § § HIGHLAND CAPITAL MANAGEMENT FUND § ADVISORS, L.P., AND NEXPOINT ADVISORS, § L.P., § § Defendants. § | Adversary Proceeding No. 21-03010-sgj |

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

## REORGANIZED DEBTOR'S WITNESS AND EXHIBIT LIST
## WITH RESPECT TO TRIAL TO BE HELD ON APRIL 12 - 13, 2022

Highland Capital Management, L.P. (the "Debtor" or the "Reorganized Debtor", as appropriate) submits the following witness and exhibit list with respect to: (i) the *Debtor's Objection to Application for Administrative Claim of Highland Capital Management Fund Advisors, L.P. and NexPoint Advisors, L.P.* [Bankr. Docket No. 2345]; and (ii) the Second Claim for Relief (Breach of Contract) asserted by the Debtor against defendants Highland Capital Management Fund Advisors, L.P. ("HCMFA") and NexPoint Advisors, L.P. ("NexPoint", and together with HCMFA, the "Advisors") in that certain *Complaint for Damages and Declaratory and Injunctive Relief* [Docket No. 1], which the Court has set for trial at 9:30 a.m. (Central Time) on April 12-13, 2022 (the "Trial") in the above-styled adversary proceeding (the "Adversary Proceeding").

A.  **Witnesses:**

1.  James P. Seery, Jr.;

2.  David Klos;

3.  James Dondero;

4.  Dustin Norris;

5.  Frank Waterhouse;

6.  The Retail Board;

7.  Any witness identified by or called by any other party; and

8.  Any witness necessary for rebuttal.

B. **Exhibits:**

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1. | Stipulation in Connection with Retail Board Subpoena | | |
| 2. | HCMFA's Second Amended and Restated Shared Services Agreement dated as of February 8, 2013 | | |
| 3. | NPA's Amended and Restated Shared Services Agreement dated as of January 1, 2018 | | |
| 4. | HCMLP Shared Services Retail Fund Operations Summary | | |
| 5. | NPA's Sub-Advisory Agreement dated as of January 1, 2018 | | |
| 6. | NPA Payroll Reimbursement Agreement dated as of May 1, 2018 | | |
| 7. | Amendment Number One to NPA Payroll Reimbursement Agreement dated as of December 14, 2018 | | |
| 8. | HCMFA Payroll Reimbursement Agreement dated as of May 1, 2018 | | |
| 9. | Amendment Number One to HCMFA Payroll Reimbursement Agreement dated as of December 14, 2018 | | |
| 10. | Supplemental Questions Relating to HCMLP Bankruptcy Matters | | |
| 11. | Advisors' Administrative Claim | | |
| 12. | Debtor's Objection to Advisors' Administrative Claim | | |
| 13. | Response to Debtor's Objection to Advisors' Administrative Claim **(Adv. Pro. No. 21-3010)** | | |
| 14. | Objections and Responses to Plaintiff's Requests for Admissions, Interrogatories, and Requests For Production | | |
| 15. | Email from Ethan Powell dated June 3, 2020 to Jim Seery re HCMLP Update | | |
| 16. | Email from Jason Post dated December 1, 2020 to Highland employees (with cc to Dustin Norris) re 11/19/20 Bi-Weekly Update | | |
| 17. | Response to 15(c) Information Request dated August 13, 2020 | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 18. | Response to Supplemental 15(c) Information Request dated September 17-18, 2020 | | |
| 19. | Email string re 15(c) Follow up (10/2/20 – 10/6/20) | | |
| 20. | INTENTIONALLY OMITTED | | |
| 21. | Email from Jim Seery to Thomas Surgent dated October 8, 2020 re 15(c) Follow up (10_2_20) | | |
| 22. | Supplemental 15(c) Information Request 10.23.20 | | |
| 23. | Email from Lauren Thedford to Jim Seery dated November 9, 2020 re Highland Retail Funds Board Meeting Minutes - September 2020 Quarterly | | |
| 24. | Email from Lauren Thedford to Jim Seery dated November 10, 2020 re Highland Retail Funds Board Meeting Minutes - September 2020 Quarterly | | |
| 25. | Email from Jim Seery to Jason Post dated November 19, 2020 re Retail Board - Bi-Weekly HCMLP Update | | |
| 26. | INTENTIONALLY OMITTED | | |
| 27. | Email from Frank Waterhouse to Dustin Norris, David Klos, DC Sauter dated December 1, 2020 re Time for a call | | |
| 28. | Email from Dustin Norris to DC Sauter dated January 28, 2021 re HCMLP - Payment Demand | | |
| 29. | NPA's Shared Services Agreement dated as of June 5, 2013 | | |
| 30. | Order on Motion for Clarification of Ruling [DE # 914] and the Joinders Thereto [DE ## 915 & 927] | | |
| 31. | Letter to Ajit Jain dated May 21, 2018 regarding transfer to HCMLP | | |
| 32. | Letter to Jean-Paul Sevilla dated February 28, 2020 regarding title change | | |
| 33. | Form 497K for Highland Funds I | | |
| 34. | March 2019 Compensation Statement of Trey Parker | | |
| 35. | Email chain attaching TerreStar Corporation Valuation Analysis as of February 29, 2020 | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 36. | Letter to Katie Irving dated February 28, 2020 regarding title change | | |
| 37. | Letter to Stephanie Vitiello dated February 28, 2020 regarding title change | | |
| 38. | Letter to Matt DiOrio dated February 28, 2020 regarding title change | | |
| 39. | Letter to Isaac Leventon dated February 28, 2020 regarding title change | | |
| 40. | Letter to Tim Cournoyer dated February 28, 2020 regarding title change | | |
| 41. | Email from Katie Irving re 3/31 TerreStar Analysis | | |
| 42. | Global Allocation Fund annual report as of 9/30/2020 | | |
| 43. | Global Allocation Fund annual report as of 9/30/2019 | | |
| 44. | NexPoint Strategic Opportunities Fund annual report as of 12/31/2020 | | |
| 45. | NexPoint Strategic Opportunities Fund annual report as of 12/31/2019 | | |
| 46. | NexPoint Capital, Inc. 10K as of 12/31/2020 | | |
| 47. | NexPoint Capital, Inc. 10K as of 12/31/2019 | | |
| 48. | Ajit Jain 2018 Self-Evaluation | | |
| 49. | 2018 Compensation Statement of Ajit Jain | | |
| 50. | INTENTIONALLY OMITTED | | |
| 51. | INTENTIONALLY OMITTED | | |
| 52. | 2018 HCMFA Payroll Summary Spreadsheet | | |
| 53. | NexPoint FY2019 Payroll Reconciliation | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 54. | Pyxis Capital, L.P.'s Shared Services Agreement dated as of February 9, 2012 | | |
| 55. | Pyxis Capital, L.P.'s Amended and Restated Shared Services Agreement dated as of September 12, 2012 | | |
| 56. | Costs estimated using 12/8/20 headcount and allocations originally compiled using 9/30/19 data | | |
| 57. | 01.22.2020 Highland Telephonic Board Meeting Minutes (REDACTED) | | |
| 58. | 06.18-19.2020 Highland Quarterly Board Meeting Minutes (REDACTED) | | |
| 59. | 08.13.2020 Highland Telephonic Board Meeting Minutes (REDACTED) | | |
| 60. | 09.17.2020 Highland Quarterly Board Meeting Minutes (REDACTED) | | |
| 61. | 10.13.2020 Highland Telephonic Board Meeting Minutes (REDACTED) | | |
| 62. | 10.28.2020 Highland Telephonic Board Meeting Minutes (REDACTED) | | |
| 63. | 11.05.2020 Highland Telephonic Board Meeting Minutes (REDACTED) | | |
| 64. | 12.11.2020 Highland Quarterly Board Meeting Minutes (REDACTED) | | |
| 65. | 01.15.2021 Highland Telephonic Board Meeting Minutes (REDACTED) | | |
| 66. | 01.22.2021 Highland Telephonic Board Meeting Minutes (REDACTED) | | |
| 67. | 01.29.2021 Highland Telephonic Board Meeting Minutes (REDACTED) | | |
| 68. | 02.01.2021 Highland Telephonic Board Meeting Minutes (REDACTED) | | |
| 69. | 02.08.2021 Highland Telephonic Board Meeting Minutes (REDACTED) | | |
| 70. | 02.10.2021 Highland Telephonic Board Meeting Minutes (REDACTED) | | |
| 71. | 02.17.2021 Highland Telephonic Board Meeting Minutes (REDACTED) | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 72. | 02.21.2021 Highland Telephonic Board Meeting Minutes (REDACTED) | | |
| 73. | 02.26.2021 Highland Quarterly Board Meeting Minutes (REDACTED) | | |
| 74. | Page 3 from 01.22.2020 Highland Telephonic Board Meeting Minutes | | |
| 75. | HCMLP Headcount Report 10.31.2019 with Summary (REDACTED) | | |
| 76. | Condensed Co-Investment Analysis as of 09.30.2020 | | |
| 77. | NexPoint Diversified Real Estate Trust Form N-CSR for FYE December 31, 2021 | | |
| 78. | INTENTIONALLY OMITTED | | |
| 79. | INTENTIONALLY OMITTED | | |
| 80. | INTENTIONALLY OMITTED | | |
| 81. | October 9, 2020 email re 15(c) Follow-Up | | |
| 82. | October 2, 2020 memo re 15(c) Follow-Up Questions | | |
| 83. | January 27, 2021 email attaching letter from Funds to Jim Seery | | |
| 84. | January 29, 2021 email attaching materials for Board Call | | |
| 85. | January 22, 2020 email responses | | |
| 86. | 2017 Review & 2018 Outlook dated January 26, 2018 | | |
| 87. | Email chain re HCMFA/HCMLP Sub-Advisory Agreement | | |
| 88. | Email attaching Effective Headcount Report as of 01-31-2018 | | |
| 89. | Email attaching Effective Headcount Report as of 01-31-2019 | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 90. | Email attaching Effective Headcount Report as of 01-31-2020 | | |
| 91. | Email attaching Effective Headcount Report as of 01-31-2021 | | |
| 92. | Email attaching Effective Headcount Report as of 02-28-2018 | | |
| 93. | Email attaching Effective Headcount Report as of 02-28-2019 | | |
| 94. | Email attaching Effective Headcount Report as of 02-28-2020 | | |
| 95. | Email attaching Effective Headcount Report as of 03-31-2018 | | |
| 96. | Email attaching Effective Headcount Report as of 03-31-2019 | | |
| 97. | Email attaching Effective Headcount Report as of 03-31-2020 | | |
| 98. | Email attaching Effective Headcount Report as of 04-30-2018 | | |
| 99. | Email attaching Effective Headcount Report as of 04-30-2019 | | |
| 100. | Email attaching Effective Headcount Report as of 04-30-2020 | | |
| 101. | Email attaching Effective Headcount Report as of 05-31-2018 | | |
| 102. | Email attaching Effective Headcount Report as of 05-31-2019 | | |
| 103. | Email attaching Effective Headcount Report as of 05-31-2020 | | |
| 104. | Email attaching Effective Headcount Report as of 06-30-2018 | | |
| 105. | Email attaching Effective Headcount Report as of 06-30-2019 | | |
| 106. | Email attaching Effective Headcount Report as of 06-30-2020 | | |
| 107. | Email attaching Effective Headcount Report as of 07-31-2018 | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 108. | Email attaching Effective Headcount Report as of 07-31-2019 | | |
| 109. | Email attaching Effective Headcount Report as of 07-31-2020 | | |
| 110. | Email attaching Effective Headcount Report as of 08-31-2018 | | |
| 111. | Email attaching Effective Headcount Report as of 08-31-2019 | | |
| 112. | Email attaching Effective Headcount Report as of 08-31-2020 | | |
| 113. | Email attaching Effective Headcount Report as of 09-30-2018 | | |
| 114. | Email attaching Effective Headcount Report as of 09-30-2019 | | |
| 115. | Email attaching Effective Headcount Report as of 09-30-2020 | | |
| 116. | Email attaching Effective Headcount Report as of 10-31-2017 | | |
| 117. | Email attaching Effective Headcount Report as of 10-31-2018 | | |
| 118. | Email attaching Effective Headcount Report as of 10-31-2019 | | |
| 119. | Email attaching Effective Headcount Report as of 10-31-2020 | | |
| 120. | Email attaching Effective Headcount Report as of 11-30-2017 | | |
| 121. | Email attaching Effective Headcount Report as of 11-30-2019 | | |
| 122. | Email attaching Effective Headcount Report as of 11-30-2020 | | |
| 123. | Email attaching Effective Headcount Report as of 12-31-2017 | | |
| 124. | Email attaching Effective Headcount Report as of 12-31-17 (UPDATED) | | |
| 125. | Email attaching Effective Headcount Report as of 12-31-2018 | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 126. | Email attaching Effective Headcount Report as of 12-31-2019 | | |
| 127. | Email attaching Effective Headcount Report as of 12-31-2020 | | |
| 128. | March 7, 2018 email from David Klos to Frank Waterhouse re Cash Friday | | |
| 129. | Email chain re Employee Reimbursement Agreement | | |
| 130. | Email chain re NREA / NPA SS Agreement Amendments | | |
| 131. | HCMLP Cash Projections/Budget for Period December 18, 2017 - March 31, 2018 | | |
| 132. | HCMLP Cash Projections/Budget for Period March 05, 2018 - September 30, 2018 | | |
| 133. | Highland August 2021 BCC Billing Detail | | |
| 134. | Highland September 2021 BCC Billing Detail | | |
| 135. | Highland October 2021 BCC Billing Detail | | |
| 136. | Highland November 2021 BCC Billing Detail | | |
| 137. | Highland December 2021 BCC Billing Detail | | |
| 138. | Highland January 2022 BCC Billing Detail | | |
| 139. | Highland February 2022 BCC Billing Detail | | |
| 140. | TSG Reporting Invoice dated March 15, 2022 (J. Seery) | | |
| 141. | INTENTIONALLY OMITTED | | |
| 142. | 2018 Review & 2019 Outlook dated February 6, 2019 | | |
| 143. | 2019 Review & 2020 Outlook dated February 14, 2020 | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 144. | Email from David Klos to Isaac Leventon dated November 4, 2019 attaching Intercompany analysis dated November 4, 2019 | | |
| 145. | Intercompany analysis dated December 19, 2019 | | |
| 146. | Email from David Klos to Frank Waterhouse, Kristin Hendrix dated January 23, 2020 re Nexpoint and HCMFA shared services and sub advisory | | |
| 147. | Email from Frank Waterhouse to David Klos (cc to Kristin Hendrix) dated February 11, 2020 re Wires for today | | |
| 148. | Letter from NexPoint Advisors dated October 16, 2020 re Shared Services Agreements and D. Norris (notes to self) re call with JP, Frank, Klos | | |
| 149. | Email from Lauren Thedford to Frank Waterhouse, Dustin Morris, Charles Miller, and Jon-Luc Dupuy dated October 13, 2020 re 15c Call Agenda | | |
| 150. | Email from Kristin Hendrix to Jim Dondero dated April 14, 2020 re NPA Cash Forecast_Week of 4.13.20 | | |
| 151. | Email from Lauren Thedford to David Klos dated January 6, 2020 re Effective Headcount Report 10/31/2019 | | |
| 152. | Email from Frank Waterhouse to Kristin Hendrix (cc to David Klos) dated April 1, 2020 re Wires for today | | |
| 153. | HCMFA Termination Notice | | |
| 154. | NPA Termination Notice | | |
| 155. | Letter from K&L Gates dated November 24, 2020 | | |
| 156. | Letter from K&L Gates dated December 22, 2020 | | |
| 157. | Letter from K&L Gates dated December 23, 2020 | | |
| 158. | Letter from K&L Gates dated December 31, 2020 | | |
| 159. | Shared Services Invoice for services rendered September 2020 | | |
| 160. | Any document entered or filed in the Adversary Proceeding, including any exhibits thereto | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 161. | Any document entered or filed in the Reorganized Debtor's bankruptcy case, including any exhibits thereto | | |
| 162. | All exhibits necessary for impeachment and/or rebuttal purposes | | |
| 163. | All exhibits identified by or offered by any other party at the Trial | | |

Dated: April 1, 2022.

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 266326)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
       jmorris@pszjlaw.com
       gdemo@pszjlaw.com
       hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*