Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Julian P. Vasek, Esq.
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201
(214) 855-7500

COUNSEL FOR HIGHLAND CAPITAL MANAGEMENT
FUND ADVISORS, L.P. AND NEXPOINT ADVISORS, L.P.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P. <br><br> Debtor. | § § § § § § § | Chapter 11 <br><br> Case No. 19-34054-sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., <br><br> Plaintiff, <br><br> v. <br><br> HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P. and NEXPOINT ADVISORS, L.P., <br><br> Defendants. | § § § § § § § § § § § § § | Adv. No. 21-03010-sgj |

**ADVISORS' OBJECTIONS TO DEBTOR'S TRIAL EXHIBITS**

TO THE HONORABLE STACEY G.C. JERNIGAN, U.S. BANKRUPTCY JUDGE:

COME NOW NexPoint Advisors, L.P. and Highland Capital Management Fund Advisors, L.P. (together, the "Advisors"), the defendants in the above styled and numbered Adversary Proceeding, and file this their *Objections to Debtor's Trial Exhibits*, respectfully stating as follows:

The Advisors hereby object to the following exhibits identified by Highland Capital Management, L.P.:

| Exhibit | Objection Basis |
|---|---|
| 10 | Completeness; Hearsay |
| 15 | Hearsay |
| 16 | Completeness |
| 19 | Hearsay |
| 21 | Hearsay |
| 23 | Hearsay |
| 24 | Hearsay |
| 25 | Hearsay |
| 31 | Hearsay; Authentication |
| 32 | Hearsay; Authentication |
| 34 | Hearsay |
| 35 | Hearsay |
| 36 | Hearsay; Authentication |
| 37 | Hearsay; Authentication |
| 38 | Hearsay; Authentication |
| 39 | Hearsay; Authentication |
| 40 | Hearsay; Authentication |
| 41 | Hearsay |
| 48 | Hearsay |
| 49 | Hearsay |
| 57 | Completeness; Hearsay to extent it contains statements of or related to persons or parties other than the Advisors |
| 58 | Completeness; Hearsay to extent it contains statements of or related to persons or parties other than the Advisors |
| 59 | Completeness; Hearsay to extent it contains statements of or related to persons or parties other than the Advisors |
| 60 | Completeness; Hearsay to extent it contains statements of or related to persons or parties other than the Advisors |
| 61 | Completeness; Hearsay to extent it contains statements of or related to persons or parties other than the Advisors |
| 62 | Completeness; Hearsay to extent it contains statements of or related to persons or parties other than the Advisors |
| 63 | Completeness; Hearsay to extent it contains statements of or related to persons or parties other than the Advisors |
| 64 | Completeness; Hearsay to extent it contains statements of or related to persons or parties other than the Advisors |
| 65 | Completeness; Hearsay to extent it contains statements of or related to persons or parties other than the Advisors |

| | |
|---|---|
| 66 | Completeness; Hearsay to extent it contains statements of or related to persons or parties other than the Advisors |
| 67 | Completeness; Hearsay to extent it contains statements of or related to persons or parties other than the Advisors |
| 68 | Completeness; Hearsay to extent it contains statements of or related to persons or parties other than the Advisors |
| 69 | Completeness; Hearsay to extent it contains statements of or related to persons or parties other than the Advisors |
| 70 | Completeness; Hearsay to extent it contains statements of or related to persons or parties other than the Advisors |
| 71 | Completeness; Hearsay to extent it contains statements of or related to persons or parties other than the Advisors |
| 72 | Completeness; Hearsay to extent it contains statements of or related to persons or parties other than the Advisors |
| 73 | Completeness; Hearsay to extent it contains statements of or related to persons or parties other than the Advisors |
| 74 | Completeness; Hearsay to extent it contains statements of or related to persons or parties other than the Advisors |
| 75 | Authentication; Hearsay |
| 76 | Authentication; Hearsay; Best Evidence |
| 82 | Hearsay |
| 83 | Hearsay |
| 84 | Completeness |
| 85 | Hearsay |
| 86 | Hearsay; Best Evidence |
| 87 | Hearsay |
| 128 | Hearsay |
| 129 | Hearsay |
| 142 | Hearsay; Best Evidence |
| 143 | Hearsay; Best Evidence |
| 149 | Hearsay |
| 150 | Hearsay; Authentication, Best Evidence |
| 151 | Hearsay |
| 152 | Hearsay |

Respectfully submitted this 5th day of April, 2022.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ Thomas Berghman
    Davor Rukavina, Esq.
    State Bar No. 24030781
    Thomas D. Berghman, Esq.
    State Bar No. 24082683
    500 N. Akard Street, Suite 3800
    Dallas, Texas 75202-2790
    Telephone: (214) 855-7500
    Facsimile: (214) 978-4375
    Email: drukavina@munsch.com
    Email: tberghman@munsch.com

**ATTORNEYS FOR NEXPOINT ADVISORS, L.P. AND HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 5th day of April, 2022, he caused a true and correct copy of the foregoing document to be served by e-mail on John Morris, Esq, counsel of record, at jmorris@pszjlaw.com via the Court's ECF notification system.

/s/ Thomas Berghman
Thomas D. Berghman, Esq.