BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Highland Capital Management, L.P. v. Highland Capital Management Fund Advisors, L.P. et | Trial On Complaint doc. #1 | Case # 21–03010–sgj |
| **DEBTOR** | **TYPE OF HEARING** | |

| | | |
|---|---|---|
| Highland Capital Management, L.P. | *VS* | Highland Capital Management Fund Advisors, L.P. et |
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |

| | |
|---|---|
| John Morris | Davor Rukavina |
| **ATTORNEY** | **ATTORNEY** |

| | |
|---|---|
| SEE EXHIBIT LIST | **EXHIBITS** |
| | SEE EXHIBIT LIST |
| Court Admitted Exhibit's #1 through #161 | Court Admitted Exhibits #A, #B, #C, #D, #E, #F, #G, #H, #I, #J, #K, #M, #N, #O, #P, #Q, #R, #S, #T, #U, #V, #W, #X, #Y, #AA, #BB, #CC & #DD |

| | | |
|---|---|---|
| Michael Edmond | April 12, & 13, 2022 | Stacey G. Jernigan |
| **REPORTED BY** | **HEARING DATE** | **JUDGE PRESIDING** |