# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>        Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054 (SGJ) |
| HIGHLAND CAPITAL MANAGEMENT, L.P.<br><br>        Plaintiff,<br>vs.<br><br>HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P. AND NEXPOINT ADVISORS, L.P.,<br><br>        Defendants. | Adv. Pro. No. 21-03010 (SGJ) |

## CERTIFICATE OF SERVICE

I, Esmeralda Aguayo, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Reorganized Debtor in the above-captioned case.

On April 18, 2022, at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Reorganized Debtor's Amended Witness and Exhibit List with Respect to Trial to be Held on April 12 - 13, 2022** [Docket No. 117]

*(Continued on Next Page)*

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

- **Order Granting Emergency Motion to Redact Certain Exhibits Attached to Reorganized Debtor's Witness and Exhibit List with Respect to Trial to be Held on April 12 - 13, 2022** [Docket No. 118]

Dated: April 20, 2022

/s/ Esmeralda Aguayo
Esmeralda Aguayo
KCC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

# EXHIBIT A

**Exhibit A**
Adversary Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Financial Advisor to Official Committee of Unsecured Creditors | FTI Consulting | Earnestiena Cheng, Daniel H O'Brien | Earnestiena.Cheng@fticonsulting.com; Daniel.H.O'Brien@fticonsulting.com |
| Counsel for the Debtor | Hayward & Associates PLLC | Melissa S. Hayward, Zachery Z. Annable | MHayward@HaywardFirm.com; ZAnnable@HaywardFirm.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Highland Income Fund, NexPoint Strategic Opportunities Fund and NexPoint Capital Inc. | K&L Gates LLP | A. Lee Hogewood, III | Lee.hogewood@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Highland Income Fund, NexPoint Strategic Opportunities Fund and NexPoint Capital Inc. | K&L Gates LLP | Artoush Varshosaz | artoush.varshosaz@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | David R. Fine | david.fine@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | Emily K. Mather | emily.mather@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Highland Income Fund, NexPoint Strategic Opportunities Fund and NexPoint Capital Inc. | K&L Gates LLP | James A. Wright III | james.wright@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Highland Income Fund, NexPoint Strategic Opportunities Fund and NexPoint Capital Inc. | K&L Gates LLP | Stephen G. Topetzes | stephen.topetzes@klgates.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Andrew Clubok, Sarah Tomkowiak, Jason Burt | andrew.clubok@lw.com; sarah.tomkowiak@lw.com; jason.burt@lw.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Asif Attarwala, Kathryn K. George | asif.attarwala@lw.com; Kathryn.George@lw.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Jeffrey E. Bjork, Kimberly A. Posin | jeff.bjork@lw.com; kim.posin@lw.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Zachary F. Proulx, Jamie Wine | Zachary.Proulx@lw.com; Jamie.Wine@lw.com |
| Counsel for Highland Capital Management Fund Advisors, L.P. | Munsch Hardt Kopf & Harr PC | Thomas Daniel Berghman | tberghman@munsch.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Highland Income Fund, NexPoint Strategic Opportunities Fund and NexPoint Capital Inc. | Munsch Hardt Kopf & Harr, P.C. | Davor Rukavina, Esq., Julian P. Vasek, Esq. | drukavina@munsch.com; jvasek@munsch.com |
| Counsel for Official Committee of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente, Alyssa Russell, Elliot A. Bromagen, Dennis M. Twomey | mclemente@sidley.com; alyssa.russell@sidley.com; ebromagen@sidley.com; dtwomey@sidley.com |
| Counsel for Official Committee of Unsecured Creditors, Marc. S. Kirschner, as Litigation Trustee of the Highland Litigation Sub-Trust | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery, Juliana Hoffman, Chandler M. Rognes | preid@sidley.com; pmontgomery@sidley.com; jhoffman@sidley.com; crognes@sidley.com |