Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Julian P. Vasek, Esq.
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201
(214) 855-7500

COUNSEL FOR HIGHLAND CAPITAL MANAGEMENT
FUND ADVISORS, L.P. AND NEXPOINT ADVISORS, L.P.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.<br><br>    Debtor. | § § § § § § § § | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>    Plaintiff,<br><br>v.<br><br>HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P. and NEXPOINT ADVISORS, L.P.,<br><br>    Defendants. | § § § § § § § § § § § § § § | Adv. No. 21-03010-sgj |

## JOINT NOTICE OF APPEAL

COME NOW NexPoint Advisors, L.P. and Highland Capital Management Fund Advisors, L.P. (together, the "Advisors"), the defendants in the above styled and numbered Adversary Proceeding, and, pursuant to 28 U.S.C. § 158(a), hereby appeal to the United States District Court for the Northern District of Texas that certain *Judgment* ("Judgment") entered by the Bankruptcy Court on September 14, 2022 at docket no. 126.

A copy of the Judgment is attached hereto as Exhibit "A."

The names of the parties to the Order, their roles in the appeal, and the contact information for their counsel are as follows:

1. <u>Appellants:</u>

> NexPoint Advisors, L.P.
> Highland Capital Management Fund Advisors, L.P.
>
>> <u>Attorneys:</u>
>>
>> Davor Rukavina
>> Julian P. Vasek
>> MUNSCH HARDT KOPF & HARR, P.C.
>> 3800 Ross Tower
>> 500 N. Akard Street
>> Dallas, Texas  75201-6659
>> Telephone: (214) 855-7587
>> Facsimile: (214) 855-7584
>> Email: drukavina@munsch.com
>> Email: jvasek@munsch.com

2. <u>Appellee:</u>

> Highland Capital Management, L.P.
>
> <u>Attorneys:</u>
>
>> PACHULSKI STANG ZIEHL & JONES LLP
>> Jeffrey N. Pomerantz (CA Bar No. 143717)
>> John A. Morris (NY Bar No. 2405397)
>> Gregory V. Demo (NY Bar No. 5371992)
>> Hayley R. Winograd (NY Bar No. 5612569)
>> 10100 Santa Monica Blvd., 13th Floor
>> Los Angeles, CA 90067
>> Telephone: (310) 277-6910
>> Facsimile: (310) 201-0760
>> jpomerantz@pszjlaw.com
>> jmorris@pszjlaw.com
>> gdemo@pszjlaw.com
>> hwinograd@pszjlaw.com
>>
>> -and-

       HAYWARD PLLC
       Melissa S. Hayward
       Texas Bar No. 24044908
       MHayward@HaywardFirm.com
       Zachery Z. Annable
       Texas Bar No. 24053075
       ZAnnable@HaywardFirm.com
       10501 N. Central Expy, Ste. 106
       Dallas, Texas 75231
       Tel: (972) 755-7100
       Fax: (972) 755-7110

RESPECTFULLY SUBMITTED this 20th day of September, 2022.

       **MUNSCH HARDT KOPF & HARR, P.C.**

       By: /s/ *Davor Rukavina*
          Davor Rukavina, Esq.
          Texas Bar No. 24030781
          Julian P. Vasek, Esq.
          Texas Bar No. 24070790
          500 N. Akard Street, Suite 3800
          Dallas, Texas 75201-6659
          Telephone: (214) 855-7500
          Facsimile: (214) 855-7584
          Email: drukavina@munsch.com
          Email: jvasek@munsch.com

       **ATTORNEYS FOR NEXPOINT ADVISORS, L.P. AND HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that, on the 20th day of September, 2022, true and correct copies of this document, including any exhibit(s), were electronically served via the Court's CM/ECF system on all parties entitled to such notice, including counsel for the appellee.

       By: /s/ *Davor Rukavina*
          Davor Rukavina, Esq.



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed September 13, 2022

_United States Bankruptcy Judge_

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., AND NEXPOINT ADVISORS, L.P.,<br><br>Defendants. | Adversary Proceeding No.<br><br>21-03010-sgj |

## JUDGMENT

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

EXHIBIT "A"

This matter having come before the Court following the consolidation of (a) certain breach of contract claims asserted by Highland Capital Management, L.P. ("Highland" or "Plaintiff") against Highland Capital Management Fund Advisors, L.P. ("HCMFA") and NexPoint Advisors, L.P. ("NexPoint" and together with HCFMA, the "Defendants," and Plaintiff and Defendants together, the "Parties") in the above-referenced adversary proceeding (the "Adversary Proceeding"), with (b) the administrative expense claims asserted by HCMFA and NexPoint against Highland in the *Application for Allowance of Administrative Claim* [Main Docket No. 1826];[2] and the Court having held an evidentiary hearing on April 12 and 13, 2022 (the "Trial") and considered (a) Defendants' arguments and contentions set forth in the *Advisors' Trial Brief* [AP Docket No. 90];  (b) Plaintiff's arguments and contentions set forth in *Highland's Proposed Findings of Fact and Conclusions of Law* [AP Docket No. 91]; (c) the *Joint Pretrial Order* [AP Docket No. 96] filed by the Parties; (d) the exhibits admitted into evidence during the Trial [AP Docket No. 115]; (e) the credibility of the witnesses who testified during the Trial; (f) the arguments presented by counsel during closing arguments held on April 27, 2022; and (g) all prior proceedings arising in or concerning the claims asserted in the Adversary Proceeding, and for the reasons set forth in the *Findings of Fact and Conclusions of Law in Support of Judgment: (A) Granting Breach of Contract Claims Asserted by the Reorganized Debtor; and (B) Denying Defendants' Request for Allowance of Administrative Expense Claims* [AP Docket No. 124] (the "Findings") issued by the Court on August 30, 2022; the Court hereby enters the following final judgment (the "Final Judgment").

**IT IS ORDERED, ADJUDGED, AND DECREED** as follows:

---

[2] *See Stipulation (A) Amending Scheduling Order and (B) Consolidating and Resolving Certain Matters*, Adv. Pro. No. 21-03010-sgj, Docket No. 36 (references to the docket maintained in the Adversary Proceeding are hereafter referred to as "AP Docket No. __").

1. HCMFA owes Highland the aggregate sum of $1,756,000, and Highland shall have a money judgment against HCMFA in that amount.

2. NexPoint owes Highland the aggregate sum of $840,000, and Highland shall have a money judgment against NexPoint in that amount.

3. All relief requested by the Defendants in the *Application for Allowance of Administrative Claim* [Main Docket No. 1826], including with respect to (i) all alleged overpayments and (2) all alleged breaches of contract by Highland, is denied and all claims that were asserted or could have been asserted therein are dismissed with prejudice.

4. The amounts set forth to be paid in this Final Judgment shall bear interest, pursuant to 28 U.S.C. § 1961, from the date of the entry of this Final Judgment, at a rate of 3.48 percent. Interest shall be computed daily to the date of payment, except as provided in 28 U.S.C. § 2516(b) and 31 U.S.C. § 1304(b), and shall be compounded annually.

### END OF JUDGMENT ###