BTXN 049 (rev. 03/15)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re: | § |
| Highland Capital Management, L.P. | § |
| | §    Case No.:    19–34054–sgj11 |
| Debtor(s) | §    Chapter No.:   11 |
| Highland Capital Management, L.P. | § |
| Plaintiff(s) | §    Adversary No.:   21–03010–sgj |
| vs. | § |
| Highland Capital Management Fund Advisors, L.P.  et al. | §    Civil Case No.: |
| Defendant(s) | § |
| | § |
| NexPoint Advisors, L.P. Highland Capital Management Fund Advisors, L.P. | § |
| | § |
| Appellant(s) | § |
| vs. | § |
| Highland Capital Management, L.P. | § |
| Appellee(s) | § |

# NOTICE OF TRANSMITTAL

I am transmitting:

☐   The Motion for leave to Appeal 28 U.S.C. § (USDC Civil Action No. DNC Case).

☐   The Motion for Stay Pending Appeal (USDC Action No. – DNC Case).

☐   The Proposed Findings of Fact and Conclusions of Law.

☐   The Motion to Extend Time To File Designation (USDC Civil Action No DNC Case).

☐   On , the Record on Appeal was transmitted. The designation of record or item(s) designated by were not filed when the record was transmitted. The item(s) were filed on awaiting instructions from the assigned district judge.

☐   Other

☑   Copies of: Notice of appeal, appeal order [126] and supporting documents

**TO ALL ATTORNEYS**: File all subsequent papers captioned and numbered with the appropriate division of the United States District Clerk's Office. Any questions concerning this proceeding should be directed to the U.S. District Clerk's Office at (214) 753–2200.

DATED:  9/28/22                    FOR THE COURT:
                                   Robert P. Colwell, Clerk of Court

                                   by: /s/Sheniqua Whitaker, Deputy Clerk

BTXN 116 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS


# APPEAL SERVICE LIST

## Transmission of the Record

BK Case No.: _19–34054–sgj11_

Adversary No.: _21–03010–sgj_

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: Stacey G Jernigan
    Courtney Lauer
    Caroline Nowlin
    Attorney(s) for Appellant
    US Trustee




**Appellant**   NexPoint Advisors, L.P. Highland Capital Management Fund Advisors, L.P.

Davor Rukavina
Julian P. Vasek
MUNSCH HARDT KOPF & HARR, P.C.
3800 Ross Tower
500 N. Akard Street
Dallas, Texas 75201–6659
Telephone: (214) 855–7587



**Appellee**   Highland Capital Management, L.P.

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277–6910

And

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231

Tel: (972) 755–71

BTXN 150 (rev. 11/10)

| | |
|---|---|
| In Re:<br>Highland Capital Management, L.P. | §<br>§<br>§ |
|                          Debtor(s) | § Case No.:  19−34054−sgj11 |
| Highland Capital Management, L.P. | § Chapter No.:  11<br>§ |
|                          Plaintiff(s) | § Adversary No.:   21−03010−sgj |
|     vs. | § |
| Highland Capital Management Fund Advisors, L.P.  et al. | § |
|                          Defendant(s) | § |

# CIVIL CASE COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I.** (a)  **APPELLANT**
NexPoint Advisors, L.P. Highland Capital Management Fund Advisors, L.P.

**APPELLEE**
Highland Capital Management, L.P.

(b)  County of Residence of First Listed Party:
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Party:
(IN U.S. PLAINTIFF CASES ONLY)

(c)  Attorney's (Firm Name, Address, and Telephone Number)
Davor Rukavina
Julian P. Vasek
MUNSCH HARDT KOPF & HARR, P.C.
3800 Ross Tower
500 N. Akard Street
Dallas, Texas 75201−6659
Telephone: (214) 855−7587

Attorney's (If Known)
PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277−6910

And

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755−7100

---

**II. BASIS OF JURISDICTION**

  ○ 1  U.S. Government Plaintiff    ○ 2  U.S. Government Defendant    ◉ 3  Federal Question (U.S. Government Not a Party)    ○ 4  Diversity (Indicate Citizenship of Parties in Item III)

---

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

| | | | | | |
|---|---|---|---|---|---|
| Citizen of This State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business In This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business In Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

---

**IV. NATURE OF SUIT**

  ◉ 422 Appeal 28 USC 158    ○ 423 Withdrawal 28 USC 157    ○ 890 Other Statutory Actions

---

**V. ORIGIN**

  ◉ 1  Original Proceeding    ○ 2  Removed from State Court    ○ 3  Remanded from Appellate Court    ○ 4  Reinstated or Reopened

  ○ 5  Transferred from another district    ○ 6  Multidistrict Litigation    ○ 7  Appeal to District Judge from Magistrate Judgment

---

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
422 Appeal 28 USC 158

Brief description of cause:
Notice of appeal of a bankruptcy court order

**VII. REQUESTED IN COMPLAINT:**

☐   CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23      DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:   ☐ Yes   ☐ No

**VIII. RELATED CASE(S) IF ANY**

Judge:                                                        Docket Number:

DATED:  9/28/22                          FOR THE COURT:
                                         Robert P. Colwell, Clerk of Court
                                         by: /s/Sheniqua Whitaker, Deputy Clerk

Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Julian P. Vasek, Esq.
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201
(214) 855-7500

COUNSEL FOR HIGHLAND CAPITAL MANAGEMENT
FUND ADVISORS, L.P. AND NEXPOINT ADVISORS, L.P.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.<br><br>     Debtor. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>     Plaintiff,<br><br>v.<br><br>HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P. and NEXPOINT ADVISORS, L.P.,<br><br>     Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Adv. No. 21-03010-sgj |

## JOINT NOTICE OF APPEAL

COME NOW NexPoint Advisors, L.P. and Highland Capital Management Fund Advisors, L.P. (together, the "Advisors"), the defendants in the above styled and numbered Adversary Proceeding, and, pursuant to 28 U.S.C. § 158(a), hereby appeal to the United States District Court for the Northern District of Texas that certain *Judgment* ("Judgment") entered by the Bankruptcy Court on September 14, 2022 at docket no. 126.

A copy of the Judgment is attached hereto as Exhibit "A."

The names of the parties to the Order, their roles in the appeal, and the contact information

for their counsel are as follows:

1.    <u>Appellants:</u>

NexPoint Advisors, L.P.
Highland Capital Management Fund Advisors, L.P.

<u>Attorneys:</u>

Davor Rukavina
Julian P. Vasek
MUNSCH HARDT KOPF & HARR, P.C.
3800 Ross Tower
500 N. Akard Street
Dallas, Texas  75201-6659
Telephone: (214) 855-7587
Facsimile: (214) 855-7584
Email: [drukavina@munsch.com](mailto:drukavina@munsch.com)
Email: [jvasek@munsch.com](mailto:jvasek@munsch.com)

2.    <u>Appellee:</u>

Highland Capital Management, L.P.

<u>Attorneys:</u>

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
jpomerantz@pszjlaw.com
jmorris@pszjlaw.com
gdemo@pszjlaw.com
hwinograd@pszjlaw.com

-and-

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

RESPECTFULLY SUBMITTED this 20th day of September, 2022.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ *Davor Rukavina*

Davor Rukavina, Esq.
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
500 N. Akard Street, Suite 3800
Dallas, Texas  75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: drukavina@munsch.com
Email: jvasek@munsch.com

**ATTORNEYS FOR NEXPOINT ADVISORS, L.P. AND HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that, on the 20th day of September, 2022, true and correct copies of this document, including any exhibit(s), were electronically served via the Court's CM/ECF system on all parties entitled to such notice, including counsel for the appellee.

By: /s/ *Davor Rukavina*

Davor Rukavina, Esq.



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 13, 2022**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | |
| | § | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Plaintiff, | § | Adversary Proceeding No. |
| | § | |
| vs. | § | 21-03010-sgj |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., AND NEXPOINT ADVISORS, L.P., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## <u>JUDGMENT</u>

_____

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

EXHIBIT "A"

Case 21-03010-sgj Doc 126 Filed 09/14/22 Entered 09/14/22 08:46:13 Page 2 of 3
Case 21-03010-sgj Doc 135 Filed 09/14/22 Entered 09/14/22 09:54:41 Page 10 of 30
Document       Page 10 of 30

This matter having come before the Court following the consolidation of (a) certain breach of contract claims asserted by Highland Capital Management, L.P. ("Highland" or "Plaintiff") against Highland Capital Management Fund Advisors, L.P. ("HCMFA") and NexPoint Advisors, L.P. ("NexPoint" and together with HCFMA, the "Defendants," and Plaintiff and Defendants together, the "Parties") in the above-referenced adversary proceeding (the "Adversary Proceeding"), with (b) the administrative expense claims asserted by HCMFA and NexPoint against Highland in the *Application for Allowance of Administrative Claim* [Main Docket No. 1826];[2] and the Court having held an evidentiary hearing on April 12 and 13, 2022 (the "Trial") and considered (a) Defendants' arguments and contentions set forth in the *Advisors' Trial Brief* [AP Docket No. 90];  (b) Plaintiff's arguments and contentions set forth in *Highland's Proposed Findings of Fact and Conclusions of Law* [AP Docket No. 91]; (c) the *Joint Pretrial Order* [AP Docket No. 96] filed by the Parties; (d) the exhibits admitted into evidence during the Trial [AP Docket No. 115]; (e) the credibility of the witnesses who testified during the Trial; (f) the arguments presented by counsel during closing arguments held on April 27, 2022; and (g) all prior proceedings arising in or concerning the claims asserted in the Adversary Proceeding, and for the reasons set forth in the *Findings of Fact and Conclusions of Law in Support of Judgment: (A) Granting Breach of Contract Claims Asserted by the Reorganized Debtor; and (B) Denying Defendants' Request for Allowance of Administrative Expense Claims* [AP Docket No. 124] (the "Findings") issued by the Court on August 30, 2022; the Court hereby enters the following final judgment (the "Final Judgment").

**IT IS ORDERED, ADJUDGED, AND DECREED** as follows:

---

[2] *See Stipulation (A) Amending Scheduling Order and (B) Consolidating and Resolving Certain Matters*, Adv. Pro. No. 21-03010-sgj, Docket No. 36 (references to the docket maintained in the Adversary Proceeding are hereafter referred to as "AP Docket No. ___").

1.      HCMFA owes Highland the aggregate sum of $1,756,000, and Highland shall have a money judgment against HCMFA in that amount.

2.      NexPoint owes Highland the aggregate sum of $840,000, and Highland shall have a money judgment against NexPoint in that amount.

3.      All relief requested by the Defendants in the *Application for Allowance of Administrative Claim* [Main Docket No. 1826], including with respect to (i) all alleged overpayments and (2) all alleged breaches of contract by Highland, is denied and all claims that were asserted or could have been asserted therein are dismissed with prejudice.

4.      The amounts set forth to be paid in this Final Judgment shall bear interest, pursuant to 28 U.S.C. § 1961, from the date of the entry of this Final Judgment, at a rate of 3.48 percent. Interest shall be computed daily to the date of payment, except as provided in 28 U.S.C. § 2516(b) and 31 U.S.C. § 1304(b), and shall be compounded annually.

### END OF JUDGMENT ###



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 13, 2022**

United States Bankruptcy Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | § |
| | §    Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § |
| | §    Case No. 19-34054-sgj11 |
| Reorganized Debtor. | § |
| | § |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § |
| | § |
| Plaintiff, | §    Adversary Proceeding No. |
| | § |
| vs. | §    21-03010-sgj |
| | § |
| HIGHLAND CAPITAL MANAGEMENT FUND | § |
| ADVISORS, L.P., AND NEXPOINT ADVISORS, | § |
| L.P., | § |
| | § |
| Defendants. | § |

## <u>JUDGMENT</u>

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

This matter having come before the Court following the consolidation of (a) certain breach of contract claims asserted by Highland Capital Management, L.P. ("Highland" or "Plaintiff") against Highland Capital Management Fund Advisors, L.P. ("HCMFA") and NexPoint Advisors, L.P. ("NexPoint" and together with HCFMA, the "Defendants," and Plaintiff and Defendants together, the "Parties") in the above-referenced adversary proceeding (the "Adversary Proceeding"), with (b) the administrative expense claims asserted by HCMFA and NexPoint against Highland in the *Application for Allowance of Administrative Claim* [Main Docket No. 1826];[2] and the Court having held an evidentiary hearing on April 12 and 13, 2022 (the "Trial") and considered (a) Defendants' arguments and contentions set forth in the *Advisors' Trial Brief* [AP Docket No. 90];  (b) Plaintiff's arguments and contentions set forth in *Highland's Proposed Findings of Fact and Conclusions of Law* [AP Docket No. 91]; (c) the *Joint Pretrial Order* [AP Docket No. 96] filed by the Parties; (d) the exhibits admitted into evidence during the Trial [AP Docket No. 115]; (e) the credibility of the witnesses who testified during the Trial; (f) the arguments presented by counsel during closing arguments held on April 27, 2022; and (g) all prior proceedings arising in or concerning the claims asserted in the Adversary Proceeding, and for the reasons set forth in the *Findings of Fact and Conclusions of Law in Support of Judgment: (A) Granting Breach of Contract Claims Asserted by the Reorganized Debtor; and (B) Denying Defendants' Request for Allowance of Administrative Expense Claims* [AP Docket No. 124] (the "Findings") issued by the Court on August 30, 2022; the Court hereby enters the following final judgment (the "Final Judgment").

**IT IS ORDERED, ADJUDGED, AND DECREED** as follows:

---

[2] *See Stipulation (A) Amending Scheduling Order and (B) Consolidating and Resolving Certain Matters*, Adv. Pro. No. 21-03010-sgj, Docket No. 36 (references to the docket maintained in the Adversary Proceeding are hereafter referred to as "AP Docket No. ___").

1.      HCMFA owes Highland the aggregate sum of $1,756,000, and Highland shall have a money judgment against HCMFA in that amount.

2.      NexPoint owes Highland the aggregate sum of $840,000, and Highland shall have a money judgment against NexPoint in that amount.

3.      All relief requested by the Defendants in the *Application for Allowance of Administrative Claim* [Main Docket No. 1826], including with respect to (i) all alleged overpayments and (2) all alleged breaches of contract by Highland, is denied and all claims that were asserted or could have been asserted therein are dismissed with prejudice.

4.      The amounts set forth to be paid in this Final Judgment shall bear interest, pursuant to 28 U.S.C. § 1961, from the date of the entry of this Final Judgment, at a rate of 3.48 percent. Interest shall be computed daily to the date of payment, except as provided in 28 U.S.C. § 2516(b) and 31 U.S.C. § 1304(b), and shall be compounded annually.

### END OF JUDGMENT ###

# U.S. Bankruptcy Court
## Northern District of Texas (Dallas)
## Adversary Proceeding #: 21-03010-sgj

*Assigned to:* Chief Bankruptcy Jud Stacey G Jernigan                *Date Filed:* 02/17/21
*Lead BK Case:* 19-34054
*Lead BK Title:* Highland Capital Management, L.P.
*Lead BK Chapter:* 11
*Demand:*

*Nature[s] of Suit:*  91 Declaratory judgment
02 Other (e.g. other actions that would have been brought in state court if unrelated to
      bankruptcy)
72 Injunctive relief - other


### Plaintiff
----------------------
**Highland Capital Management, L.P.**                represented by **Zachery Z. Annable**
Hayward PLLC
10501 N. Central Expressway
Suite 106
Dallas, TX 75231
(972) 755-7108
Fax : (972) 755-7108
Email: zannable@haywardfirm.com
*LEAD ATTORNEY*


V.


### Defendant
----------------------
**Highland Capital Management Fund Advisors,**                represented by **Thomas Daniel Berghman**
**L.P.**                                                       Munsch Hardt Kopf & Harr PC
K&LGates LLP                                                   500 N Akard Street, Suite 3800
c/o Stephen G. Topetzes                                        Dallas, TX 75201-6659
1600 K Street, NW                                              (214) 855-7554
Washington, DC 20006                                           Fax : (214) 978-4346
Email: tberghman@munsch.com

**A. Lee Hogewood, III**
K&L Gates LLP
4350 Lassiter at North Hills Avenue
Suite 300
Raleigh, NC 27609
(919) 743-7306
Fax : (919) 516-2006
Email: lee.hogewood@klgates.com

**Davor Rukavina**
Munsch, Hardt, Kopf & Harr
500 N. Akard Street, Ste 3800
Dallas, TX 75201-6659
(214)855-7587
Fax : 214-978-5359
Email: drukavina@munsch.com

**Julian Preston Vasek**
Munsch Hardt Kopf & Harr P.C.
500 N. Akard Street
Suite 3800
Dallas, TX 75201
214-855-7500
Fax : 214-855-7584
Email: jvasek@munsch.com

**Defendant**
----------------------
**NexPoint Advisors, L.P.**                              represented by **Thomas Daniel Berghman**
K&L Gates LLP                                                                        (See above for address)
c/o Stephen G. Topetzes
1600 K Street, NW                                                   **A. Lee Hogewood, III**
Washington, DC 20006                                           (See above for address)

                                                                                    **Davor Rukavina**
                                                                                    (See above for address)

                                                                                    **Julian Preston Vasek**
                                                                                    (See above for address)

| Filing Date | Docket Text |
|---|---|
| 02/17/2021 | 1 (88 pgs; 12 docs) Adversary case 21-03010. Complaint by Highland Capital Management, L.P. against Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P.. Fee Amount $350 (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Adversary Cover Sheet). Nature(s) of suit: 91 (Declaratory judgment). 02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)). 72 (Injunctive relief - other). (Annable, Zachery) |
| 02/17/2021 | Receipt of filing fee for Complaint(21-03010-sgj) [cmp,cmp] ( 350.00). Receipt number 28496915, amount $ 350.00 (re: Doc# 1). (U.S. Treasury) |
| 02/17/2021 | 2 (9 pgs) Motion to compel Adoption and Implementation of a Plan for the Transition of Services by February 28, 2021. *(Debtor's Emergency Motion for a Mandatory Injunction Requiring the Advisors to Adopt and Implement a Plan for the Transition of Services by February 28, 2021)* filed by Plaintiff Highland Capital Management, L.P. (Annable, Zachery) |
| 02/17/2021 | 3 (21 pgs) Brief in support filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)2 Motion to compel Adoption and Implementation of a Plan for the Transition of Services by February 28, 2021. *(Debtor's Emergency Motion for a Mandatory Injunction Requiring the Advisors to Adopt and Implement a Plan for the Transition of Service). (Annable, Zachery)* |

| | |
|---|---|
| 02/17/2021 | 🌐 **4** (78 pgs; 11 docs) Declaration re: *(Declaration of Mr. James P. Seery, Jr. in Support of Debtor's Emergency Motion for a Mandatory Injunction Requiring the Advisors to Adopt and Implement a Plan for the Transition of Services by February 28, 2021)* filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)2 Motion to compel Adoption and Implementation of a Plan for the Transition of Services by February 28, 2021. *(Debtor's Emergency Motion for a Mandatory Injunction Requiring the Advisors to Adopt and Implement a Plan for the Transition of Service).* (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J) (Annable, Zachery) |
| 02/17/2021 | 🌐 **5** (6 pgs) Motion for expedited hearing(related documents 2 Motion to compel) filed by Plaintiff Highland Capital Management, L.P. (Annable, Zachery) |
| 02/17/2021 | 🌐 **6** (3 pgs) Notice of hearing filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)2 Motion to compel filed by Plaintiff Highland Capital Management, L.P.). Hearing to be held on 2/23/2021 at 09:30 AM Dallas Judge Jernigan Ctrm for 2, (Annable, Zachery) |
| 02/18/2021 | 🌐 **7** (2 pgs) Summons issued on Highland Capital Management Fund Advisors, L.P. Answer Due 3/22/2021; NexPoint Advisors, L.P. Answer Due 3/22/2021 (Edmond, Michael) |
| 02/18/2021 | 🌐 **8** (2 pgs) Scheduling order setting deadlines. Discovery and all exhibits except impeachment documents: 45 days prior to Docket Call, pre-trial order: 7 calendar days prior to Docket Call, proposed findings of fact and conclusions of law: 7 days prior to first scheduled docket call (RE: related document(s)1 Complaint filed by Plaintiff Highland Capital Management, L.P.). Trial Docket Call date set for 7/12/2021 at 01:30 PM at Dallas Judge Jernigan Ctrm. Trial will be held during the week of 7/19/2021., Entered on 2/18/2021 (Edmond, Michael) |
| 02/18/2021 | 🌐 **9** (4 pgs) Notice of Appearance and Request for Notice by A. Lee Hogewood III filed by Defendants Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P.. (Hogewood, A.) |
| 02/18/2021 | 🌐 **10** (320 pgs; 17 docs) Witness and Exhibit List filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)2 Motion to compel Adoption and Implementation of a Plan for the Transition of Services by February 28, 2021. *(Debtor's Emergency Motion for a Mandatory Injunction Requiring the Advisors to Adopt and Implement a Plan for the Transition of Service).* (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16) (Annable, Zachery) |
| 02/18/2021 | 🌐 **11** (2 pgs) Order granting motion for expedited hearing (Related Doc# 5)(document set for hearing: 2 Motion to compel) Hearing to be held on 2/23/2021 at 09:30 AM Dallas Judge Jernigan Ctrm for 2, Entered on 2/18/2021. (Okafor, M.) |
| 02/19/2021 | 🌐 **12** (13 pgs) Certificate of service re: *Documents Served on February 17, 2021* Filed by Claims Agent Kurtzman Carson Consultants LLC (related document(s)1 Adversary case 21-03010. Complaint by Highland Capital Management, L.P. against Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P.. Fee Amount $350 (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Adversary Cover Sheet). Nature(s) of suit: 91 (Declaratory judgment). 02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)). 72 (Injunctive relief - other). filed by Plaintiff Highland Capital Management, L.P., 2 Motion to compel Adoption and Implementation of a Plan for the Transition of Services by February 28, 2021. *(Debtor's Emergency Motion for a Mandatory Injunction Requiring the Advisors to Adopt and Implement a Plan for the Transition of Services by February 28, 2021)* filed by Plaintiff Highland Capital Management, L.P. filed by Plaintiff Highland Capital Management, L.P., 3 Brief in support filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)2 Motion to compel Adoption and Implementation of a Plan for the Transition of Services by February 28, 2021. *(Debtor's Emergency Motion for a Mandatory Injunction Requiring the Advisors to Adopt and Implement a Plan for the Transition of Service). filed by Plaintiff Highland Capital Management, L.P., 4 Declaration re: (Declaration of Mr. James P. Seery, Jr. in Support of Debtor's Emergency Motion for a Mandatory* |

*Injunction Requiring the Advisors to Adopt and Implement a Plan for the Transition of Services by February 28, 2021) filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)2 Motion to compel Adoption and Implementation of a Plan for the Transition of Services by February 28, 2021. (Debtor's Emergency Motion for a Mandatory Injunction Requiring the Advisors to Adopt and Implement a Plan for the Transition of Service). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J) filed by Plaintiff Highland Capital Management, L.P., 5 Motion for expedited hearing(related documents 2 Motion to compel) filed by Plaintiff Highland Capital Management, L.P. filed by Plaintiff Highland Capital Management, L.P., 6 Notice of hearing filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)2 Motion to compel filed by Plaintiff Highland Capital Management, L.P.). Hearing to be held on 2/23/2021 at 09:30 AM Dallas Judge Jernigan Ctrm for 2, filed by Plaintiff Highland Capital Management, L.P.). (Kass, Albert)*

| | |
|---|---|
| 02/20/2021 | 13 (3 pgs) Amended Notice of hearing filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)2 Motion to compel filed by Plaintiff Highland Capital Management, L.P.). Hearing to be held on 2/23/2021 at 09:00 AM Dallas Judge Jernigan Ctrm for 2, (Annable, Zachery) |
| 02/20/2021 | 14 (4 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)11 Order granting motion for expedited hearing (Related Doc5)(document set for hearing: 2 Motion to compel) Hearing to be held on 2/23/2021 at 09:30 AM Dallas Judge Jernigan Ctrm for 2, Entered on 2/18/2021. (Okafor, M.)) No. of Notices: 1. Notice Date 02/20/2021. (Admin.) |
| 02/21/2021 | 15 (3 pgs) Notice to take deposition of James P. Seery Jr. filed by Defendants Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P.. (Vasek, Julian) |
| 02/21/2021 | 16 (3 pgs) Notice to take deposition of Dustin Norris filed by Plaintiff Highland Capital Management, L.P.. (Annable, Zachery) |
| 02/21/2021 | 17 (3 pgs) Notice to take deposition of James Dondero filed by Plaintiff Highland Capital Management, L.P.. (Annable, Zachery) |
| 02/21/2021 | 18 (151 pgs; 15 docs) Witness and Exhibit List filed by Defendants Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P. (RE: related document(s)2 Motion to compel Adoption and Implementation of a Plan for the Transition of Services by February 28, 2021. *(Debtor's Emergency Motion for a Mandatory Injunction Requiring the Advisors to Adopt and Implement a Plan for the Transition of Service). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Exhibit L # 13 Exhibit M # 14 Exhibit N) (Vasek, Julian)* |
| 02/22/2021 | 19 (69 pgs; 6 docs) Amended Witness and Exhibit List filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)10 List (witness/exhibit/generic)). (Attachments: # 1 Exhibit 17 # 2 Exhibit 18 # 3 Exhibit 19 # 4 Exhibit 20 # 5 Exhibit 21) (Annable, Zachery) |
| 02/22/2021 | 20 (27 pgs) Objection to (related document(s): 2 Motion to compel Adoption and Implementation of a Plan for the Transition of Services by February 28, 2021. *(Debtor's Emergency Motion for a Mandatory Injunction Requiring the Advisors to Adopt and Implement a Plan for the Transition of Service filed by Plaintiff Highland Capital Management, L.P.) filed by Defendants Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P.. (Rukavina, Davor)* |
| 02/23/2021 | 21 (1 pg) Request for transcript regarding a hearing held on 2/23/2021. The requested turn-around time is hourly. (Edmond, Michael) |
| 02/23/2021 | 22 (6 pgs) Certificate of service re: *1) Debtor's Witness and Exhibit List with Respect to Evidentiary Hearing to be Held on February 23, 2021; and 2) Order Granting Debtor's Motion for Expedited Hearing on it's Emergency Motion for a Mandatory Injunction Requiring the Advisors to Implement a Plan for the Transition of Services by February 28, 2021* Filed by Claims Agent Kurtzman Carson Consultants LLC |

| | |
|---|---|
| | (related document(s)10 Witness and Exhibit List filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)2 Motion to compel Adoption and Implementation of a Plan for the Transition of Services by February 28, 2021. *(Debtor's Emergency Motion for a Mandatory Injunction Requiring the Advisors to Adopt and Implement a Plan for the Transition of Service). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16) filed by Plaintiff Highland Capital Management, L.P., 11 Order granting motion for expedited hearing (Related Doc5)(document set for hearing: 2 Motion to compel) Hearing to be held on 2/23/2021 at 09:30 AM Dallas Judge Jernigan Ctrm for 2, Entered on 2/18/2021. (Okafor, M.)). (Kass, Albert)* |
| 02/23/2021 | 🔵 23 Hearing held on 2/23/2021. (RE: related document(s)2 Motion to compel Adoption and Implementation of a Plan for the Transition of Services by February 28, 2021, (Debtor's Emergency Motion for a Mandatory Injunction Requiring the Advisors to Adopt and Implement a Plan for the Transition of Services by February 28, 2021) filed by Plaintiff Highland Capital Management, L.P. filed by Plaintiff Highland Capital Management, L.P.) (Appearances: J. Morris and J. Pomeranz for Debtor; L. Hogewood and D. Rukavina for Advisors; J. Wilson and B. Assink for J. Dondero; M. Clemente for UCC. Evidentiary hearing. Motion moot, as a result of evidence and findings that court made on the record. Mr. Morris to upload an order consistent with the courts ruling.) (Edmond, Michael) (Entered: 02/24/2021) |
| 02/23/2021 | 🔵 27 (1 pg) Court admitted exhibits date of hearing February 23, 2021 (RE: related document(s)2 Motion to compel Adoption and Implementation of a Plan for the Transition of Services by February 28, 2021. (Debtor's Emergency Motion for a Mandatory Injunction Requiring the Advisors to Adopt and Implement a Plan for the Transition of Services by February 28, 2021) filed by Plaintiff Highland Capital Management, L.P.) (COURT ADMITTED PLAINTIFF'S EXHIBIT'S #1 THROUGH #21 ADMITTED BY JOHN MORRIS THAT APPEAR AT DOC. #10 & #19 AND DEFENDANT EXHIBIT'S #A THROUGH #N THAT APPEAR AT DOC. #18 & EXHIBIT #0 (TO BE SUPPLEMENTED IN) BY DAVOR RUKAVINA) (Edmond, Michael) (Entered: 02/25/2021) |
| 02/24/2021 | 🔵 24 (7 pgs) Support/supplemental document*Letter to Court Regarding Proposed Order* filed by Defendants Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P. (RE: related document(s) 23 Hearing held). (Rukavina, Davor) |
| 02/24/2021 | 🔵 25 (5 pgs) Order dismissing motion to compel as moot. (related document # 2) Entered on 2/24/2021. (Bradden, T.) |
| 02/25/2021 | 🔵 26 (239 pgs) Transcript regarding Hearing Held 02/23/2021 (239 pgs.) RE: Motion for Mandatory Injunction. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 05/26/2021. Until that time the transcript may be viewed at the Clerk's Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Kathy Rehling, kathyrehlingtranscripts@gmail.com, Telephone number 972-786-3063. (RE: related document(s) 23 Hearing held on 2/23/2021. (RE: related document(s)2 Motion to compel Adoption and Implementation of a Plan for the Transition of Services by February 28, 2021, (Debtor's Emergency Motion for a Mandatory Injunction Requiring the Advisors to Adopt and Implement a Plan for the Transition of Services by February 28, 2021) filed by Plaintiff Highland Capital Management, L.P. filed by Plaintiff Highland Capital Management, L.P.) (Appearances: J. Morris and J. Pomeranz for Debtor; L. Hogewood and D. Rukavina for Advisors; J. Wilson and B. Assink for J. Dondero; M. Clemente for UCC. Evidentiary hearing. Motion moot, as a result of evidence and findings that court made on the record. Mr. Morris to upload an order consistent with the courts ruling.)). Transcript to be made available to the public on 05/26/2021. (Rehling, Kathy) |
| 02/25/2021 | 🔵 28 (21 pgs) Certificate of service re: *Documents Served on or Before February 23, 2021* Filed by Claims Agent Kurtzman Carson Consultants LLC (related document(s)13 Amended Notice of hearing filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)2 Motion to compel filed by Plaintiff Highland Capital Management, L.P.). Hearing to be held on 2/23/2021 at 09:00 AM Dallas Judge Jernigan Ctrm for 2, filed by Plaintiff Highland Capital Management, L.P., 16 Notice to take deposition of Dustin Norris filed by Plaintiff Highland Capital Management, L.P.. filed by Plaintiff Highland Capital Management, L.P., 17 Notice to take deposition of James Dondero filed by Plaintiff Highland Capital |

| | Management, L.P. filed by Plaintiff Highland Capital Management, L.P., 19 Amended Witness and Exhibit List filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)10 List (witness/exhibit/generic)). (Attachments: # 1 Exhibit 17 # 2 Exhibit 18 # 3 Exhibit 19 # 4 Exhibit 20 # 5 Exhibit 21) filed by Plaintiff Highland Capital Management, L.P.). (Kass, Albert) |
|---|---|
| 02/27/2021 | 29 (7 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)25 Order dismissing motion to compel as moot. (related document 2) Entered on 2/24/2021. (Bradden, T.)) No. of Notices: 1. Notice Date 02/27/2021. (Admin.) |
| 03/01/2021 | 30 (5 pgs) Certificate of service re: *Order* Filed by Claims Agent Kurtzman Carson Consultants LLC (related document(s)25 Order dismissing motion to compel as moot. (related document 2) Entered on 2/24/2021. (Bradden, T.)). (Kass, Albert) |
| 03/10/2021 | 31 (3 pgs) Notice of Appearance and Request for Notice by Paige Holden Montgomery filed by Interested Party Committee of Unsecured Creditors. (Montgomery, Paige) |
| 03/10/2021 | 32 (3 pgs) Notice of Appearance and Request for Notice by Juliana Hoffman filed by Interested Party Committee of Unsecured Creditors. (Hoffman, Juliana) |
| 03/22/2021 | 33 (7 pgs) Answer to complaint filed by Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P.. (Rukavina, Davor) |
| 07/12/2021 | 34 Hearing held on 7/12/2021. (RE: related document(s)1 Adversary case 21-03010. Complaint by Highland Capital Management, L.P. against Highland Capital Management Advisors, L.P., NexPoint Advisors, L.P., Nature(s) of suit: 91 (Declaratory judgment). 02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)). 72 (Injunctive relief - other). filed by Plaintiff Highland Capital Management, L.P.) (Appearances: D. Rukavina. Nonevidentiary TDC. Matter is being consolidated with Defendants trial in September on its asserted administrative claims. Counsel should submit an agreed order to this effect.) (Edmond, Michael) (Entered: 07/13/2021) |
| 07/14/2021 | 35 (1 pg) PDF with attached Audio File. Court Date & Time [07/12/2021 01:37:35 PM]. File Size [ 1287 KB ]. Run Time [ 00:05:29 ]. (admin). |
| 08/04/2021 | 36 (7 pgs) Stipulation by Highland Capital Management, L.P. and Highland Capital Management Fund Advisors, L.P., and NexPoint Advisors, L.P.. filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)8 Standing scheduling order in an adversary proceeding). (Annable, Zachery) |
| 08/06/2021 | 37 (11 pgs) Order approving stipulation (A) amending schedule and (B) consolidating and resolving certain matters (RE: related document(s)2607 Stipulation filed by Debtor Highland Capital Management, L.P. (RE: related document(s) 36 Stipulation and 1 Complaint filed by Plaintiff Highland Capital Management, L.P.). Trial date set for 12/7/2021 at 09:30 AM at Dallas Judge Jernigan Ctrm. Entered on 8/6/2021 (Okafor, M.) |
| 08/06/2021 | 38 (5 pgs) Certificate of service re: *Stipulation (A) Amending Scheduling Order and (B) Consolidating and Resolving Certain Matters* Filed by Claims Agent Kurtzman Carson Consultants LLC (related document(s)36 Stipulation by Highland Capital Management, L.P. and Highland Capital Management Fund Advisors, L.P., and NexPoint Advisors, L.P.. filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)8 Standing scheduling order in an adversary proceeding). filed by Plaintiff Highland Capital Management, L.P.). (Kass, Albert) |
| 08/08/2021 | 39 (13 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)37 Order approving stipulation (A) amending schedule and (B) consolidating and resolving certain matters (RE: related document(s)2607 Stipulation filed by Debtor Highland Capital Management, L.P. (RE: related document(s) 36 Stipulation and 1 Complaint filed by Plaintiff Highland Capital Management, L.P.). Trial |

| | |
|---|---|
| | date set for 12/7/2021 at 09:30 AM at Dallas Judge Jernigan Ctrm. Entered on 8/6/2021 (Okafor, M.)) No. of Notices: 1. Notice Date 08/08/2021. (Admin.) |
| 08/11/2021 | 🌐 40 (5 pgs) Certificate of service re: *Order Approving Stipulation (A) Amending Scheduling Order and (B) Consolidating and Resolving Certain Matters* Filed by Claims Agent Kurtzman Carson Consultants LLC (related document(s)37 Order approving stipulation (A) amending schedule and (B) consolidating and resolving certain matters (RE: related document(s)2607 Stipulation filed by Debtor Highland Capital Management, L.P. (RE: related document(s) 36 Stipulation and 1 Complaint filed by Plaintiff Highland Capital Management, L.P.). Trial date set for 12/7/2021 at 09:30 AM at Dallas Judge Jernigan Ctrm. Entered on 8/6/2021 (Okafor, M.). (Kass, Albert) |
| 10/05/2021 | 🌐 41 (7 pgs) Notice to take deposition of Highland Capital Management Fund Advisors, L.P. filed by Plaintiff Highland Capital Management, L.P.. (Annable, Zachery) |
| 10/11/2021 | 🌐 42 (5 pgs) Certificate of service re: Highlands Notice of Rule 30(b)(6) Deposition to Highland Capital Management Fund Advisors, L.P. Filed by Claims Agent Kurtzman Carson Consultants LLC (related document(s)41 Notice to take deposition of Highland Capital Management Fund Advisors, L.P. filed by Plaintiff Highland Capital Management, L.P.. filed by Plaintiff Highland Capital Management, L.P.). (Kass, Albert) |
| 11/01/2021 | 🌐 43 (3 pgs) Notice *of Reservation of Rights Regarding Application for Allowance of Administrative Expense Claim* filed by Defendants Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P.. (Vasek, Julian) |
| 12/09/2021 | 🌐 44 (3 pgs) Notice of Trial hearing filed by Defendants Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P.. Trial date set for 2/8/2022 at 09:30 AM at at https://us-courts.webex.com/meet/jerniga. (Vasek, Julian) |
| 12/15/2021 | 🌐 45 (6 pgs) Stipulation by Highland Capital Management, L.P. and Highland Capital Management Fund Advisors, L.P. and NexPoint Advisors, L.P.. filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)37 Order to set hearing). (Annable, Zachery) |
| 12/17/2021 | 🌐 46 (10 pgs) Order approving stipulation regarding second amended scheduling order (RE: related document(s)1 Complaint filed by Plaintiff Highland Capital Management, L.P., 45 Stipulation filed by Plaintiff Highland Capital Management, L.P.). Trial Docket Call date set for 2/8-9/2022 at 09:30 AM Dallas Judge Jernigan Ctrm. Entered on 12/17/2021 (Okafor, Marcey) |
| 12/19/2021 | 🌐 47 (12 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)46 Order approving stipulation regarding second amended scheduling order (RE: related document(s)1 Complaint filed by Plaintiff Highland Capital Management, L.P., 45 Stipulation filed by Plaintiff Highland Capital Management, L.P.). Trial Docket Call date set for 2/8-9/2022 at 09:30 AM Dallas Judge Jernigan Ctrm. Entered on 12/17/2021) No. of Notices: 2. Notice Date 12/19/2021. (Admin.) |
| 12/20/2021 | 🌐 48 (5 pgs) Certificate of service re: Stipulation Regarding Second Amended Scheduling Order Filed by Claims Agent Kurtzman Carson Consultants LLC (related document(s)45 Stipulation by Highland Capital Management, L.P. and Highland Capital Management Fund Advisors, L.P. and NexPoint Advisors, L.P.. filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)37 Order to set hearing). filed by Plaintiff Highland Capital Management, L.P.). (Kass, Albert) |
| 12/22/2021 | 🌐 49 (10 pgs) Reply to Debtors Objection to Application for Administrative Claim of Highland Capital Management Fund Advisors, L.P. and NexPoint Advisors, L.P. filed by Defendants Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P.. (Vasek, Julian) Modified text on 12/23/2021 (Okafor, Marcey). |
| 12/22/2021 | 🌐 50 (5 pgs) Certificate of service re: Order Approving Stipulation Regarding Second Amended |

| | |
|---|---|
| | Scheduling Order Filed by Claims Agent Kurtzman Carson Consultants LLC (related document(s)46 Order approving stipulation regarding second amended scheduling order (RE: related document(s)1 Complaint filed by Plaintiff Highland Capital Management, L.P., 45 Stipulation filed by Plaintiff Highland Capital Management, L.P.). Trial Docket Call date set for 2/8-9/2022 at 09:30 AM Dallas Judge Jernigan Ctrm. Entered on 12/17/2021). (Kass, Albert) |
| 12/27/2021 | 📄 51  (8 pgs) Subpoena on Frank Waterhouse filed by Plaintiff Highland Capital Management, L.P.. (Annable, Zachery) |
| 12/28/2021 | 📄 52  (9 pgs) Certificate of service re: Plaintiff's Notice of Service of a Subpoena to Frank Waterhouse Filed by Claims Agent Kurtzman Carson Consultants LLC (related document(s)51 Subpoena on Frank Waterhouse filed by Plaintiff Highland Capital Management, L.P.. filed by Plaintiff Highland Capital Management, L.P.). (Kass, Albert) |
| 01/04/2022 | 📄 53  (8 pgs) Notice to take deposition of Highland Capital Management Fund Advisors, L.P. filed by Plaintiff Highland Capital Management, L.P.. (Annable, Zachery) |
| 01/04/2022 | 📄 54  (8 pgs) Notice to take deposition of NexPoint Advisors, L.P. filed by Plaintiff Highland Capital Management, L.P.. (Annable, Zachery) |
| 01/04/2022 | 📄 55  (3 pgs) Notice to take deposition of Dustin Norris filed by Plaintiff Highland Capital Management, L.P.. (Annable, Zachery) |
| 01/05/2022 | 📄 56  (11 pgs) Response opposed to (related document(s): 49 Notice (generic) filed by Defendant Highland Capital Management Fund Advisors, L.P., Defendant NexPoint Advisors, L.P.) filed by Plaintiff Highland Capital Management, L.P.. (Annable, Zachery) |
| 01/06/2022 | 📄 57  (12 pgs) Certificate of service re: 1) Highland's Amended Notice of Rule 30(b)(6) Deposition to (A) Highland Capital Management Fund Advisors, L.P. and (B) NexPoint Advisors, L.P.; 2) Highland's Amended Notice of Rule 30(b)(6) Deposition to (A) Highland Capital Management Fund Advisors, L.P. and (B) NexPoint Advisors, L.P.; and 3) Highland's Notice of Deposition to Dustin Norris Filed by Claims Agent Kurtzman Carson Consultants LLC (related document(s)53 Notice to take deposition of Highland Capital Management Fund Advisors, L.P. filed by Plaintiff Highland Capital Management, L.P.. filed by Plaintiff Highland Capital Management, L.P., 54 Notice to take deposition of NexPoint Advisors, L.P. filed by Plaintiff Highland Capital Management, L.P.. filed by Plaintiff Highland Capital Management, L.P., 55 Notice to take deposition of Dustin Norris filed by Plaintiff Highland Capital Management, L.P.. filed by Plaintiff Highland Capital Management, L.P.). (Kass, Albert) |
| 01/07/2022 | 📄 58  (5 pgs) Certificate of service re: Highland Capital Management, L.P.'s Reply in Further Support of Debtor's Objection to Application for Administrative Claims of Highland Capital Management Fund Advisors, L.P. and NexPoint Advisors, L.P. Filed by Claims Agent Kurtzman Carson Consultants LLC (related document(s)56 Response opposed to (related document(s): 49 Notice (generic) filed by Defendant Highland Capital Management Fund Advisors, L.P., Defendant NexPoint Advisors, L.P.) filed by Plaintiff Highland Capital Management, L.P.. filed by Plaintiff Highland Capital Management, L.P.). (Kass, Albert) |
| 01/31/2022 | 📄 59  (7 pgs; 2 docs) Joint Motion to continue hearing on (related documents 1 Complaint, 45 Stipulation) filed by Defendants Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Plaintiff Highland Capital Management, L.P. (Attachments: # 1 Proposed Order) (Rukavina, Davor) |
| 02/01/2022 | 📄 60  (3 pgs) Agreed Amended Scheduling Order granting motion to continue trial (related document # 59) (related documents Complaint, Stipulation) Trial date set for 4/12/2022 at 09:30 AM at Dallas Judge Jernigan Ctrm. Entered on 2/1/2022. (Okafor, Marcey) |
| 02/03/2022 | 📄 61  (5 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)60 Agreed Amended Scheduling Order granting motion to continue trial (related document 59) (related documents Complaint, |

| | |
|---|---|
| | Stipulation) Trial date set for 4/12/2022 at 09:30 AM at Dallas Judge Jernigan Ctrm. Entered on 2/1/2022.) No. of Notices: 2. Notice Date 02/03/2022. (Admin.) |
| 02/04/2022 | 🔖 62  (5 pgs) Certificate of service re: Agreed Amended Scheduling Order Filed by Claims Agent Kurtzman Carson Consultants LLC (related document(s)60 Agreed Amended Scheduling Order granting motion to continue trial (related document 59) (related documents Complaint, Stipulation) Trial date set for 4/12/2022 at 09:30 AM at Dallas Judge Jernigan Ctrm. Entered on 2/1/2022.). (Kass, Albert) |
| 02/26/2022 | 🔖 63  (3 pgs) Notice to take deposition of Dustin Norris filed by Plaintiff Highland Capital Management, L.P.. (Annable, Zachery) |
| 02/26/2022 | 🔖 64  (8 pgs) Notice to take deposition of Highland Capital Management Fund Advisors, L.P. and NexPoint Advisors, L.P. filed by Plaintiff Highland Capital Management, L.P.. (Annable, Zachery) |
| 02/26/2022 | 🔖 65  (3 pgs) Notice to take deposition of Dennis J. Sauter, Jr. filed by Plaintiff Highland Capital Management, L.P.. (Annable, Zachery) |
| 03/02/2022 | 🔖 66  (8 pgs) Subpoena on Frank Waterhouse filed by Plaintiff Highland Capital Management, L.P.. (Annable, Zachery) |
| 03/03/2022 | 🔖 67  (12 pgs) Certificate of service re: 1) Highland's Amended Notice of Deposition to Dustin Norris; 2) Highland's Second Amended Notice of Rule 30(b)(6) Deposition to (A) Highland Capital Management Fund Advisors, L.P. and (B) NexPoint Advisors, L.P.; and 3) Highland's Amended Notice of Deposition to Dennis J. Sauter, Jr. Filed by Claims Agent Kurtzman Carson Consultants LLC (related document(s)63 Notice to take deposition of Dustin Norris filed by Plaintiff Highland Capital Management, L.P.. filed by Plaintiff Highland Capital Management, L.P., 64 Notice to take deposition of Highland Capital Management Fund Advisors, L.P. and NexPoint Advisors, L.P. filed by Plaintiff Highland Capital Management, L.P.. filed by Plaintiff Highland Capital Management, L.P., 65 Notice to take deposition of Dennis J. Sauter, Jr. filed by Plaintiff Highland Capital Management, L.P.. filed by Plaintiff Highland Capital Management, L.P.). (Kass, Albert) |
| 03/07/2022 | 🔖 68  (9 pgs) Certificate of service re: Plaintiff's Amended Notice of Service of a Subpoena to Frank Waterhouse Filed by Claims Agent Kurtzman Carson Consultants LLC (related document(s)66 Subpoena on Frank Waterhouse filed by Plaintiff Highland Capital Management, L.P.. filed by Plaintiff Highland Capital Management, L.P.). (Kass, Albert) |
| 03/15/2022 | 🔖 69  (7 pgs) Subpoena on Frank Waterhouse filed by Plaintiff Highland Capital Management, L.P.. (Annable, Zachery) |
| 03/15/2022 | 🔖 70  (11 pgs) Subpoena on Highland Capital Management Fund Advisors, L.P. filed by Plaintiff Highland Capital Management, L.P.. (Annable, Zachery) |
| 03/15/2022 | 🔖 71  (11 pgs) Subpoena on NexPoint Advisors, L.P. filed by Plaintiff Highland Capital Management, L.P.. (Annable, Zachery) |
| 03/16/2022 | 🔖 72  (10 pgs) Certificate of service re: 1) Plaintiffs Second Amended Notice of Service of a Subpoena to Frank Waterhouse; 2) Plaintiff's Notice of Service of Trial Subpoena to Highland Capital Management Fund Advisors, L.P.; and 3) Plaintiff's Notice of Service of Trial Subpoena to NexPoint Advisors, L.P. Filed by Claims Agent Kurtzman Carson Consultants LLC (related document(s)69 Subpoena on Frank Waterhouse filed by Plaintiff Highland Capital Management, L.P.. filed by Plaintiff Highland Capital Management, L.P., 70 Subpoena on Highland Capital Management Fund Advisors, L.P. filed by Plaintiff Highland Capital Management, L.P.. filed by Plaintiff Highland Capital Management, L.P., 71 Subpoena on NexPoint Advisors, L.P. filed by Plaintiff Highland Capital Management, L.P.. filed by Plaintiff Highland Capital Management, L.P.). (Kass, Albert) |

| | |
|---|---|
| 03/22/2022 | 🔘 73 (7 pgs) Subpoena on Frank Waterhouse filed by Plaintiff Highland Capital Management, L.P.. (Annable, Zachery) |
| 03/24/2022 | 🔘 74 (10 pgs) Certificate of service re: Plaintiffs Third Amended Notice of Service of a Subpoena to Frank Waterhouse Filed by Claims Agent Kurtzman Carson Consultants LLC (related document(s)73 Subpoena on Frank Waterhouse filed by Plaintiff Highland Capital Management, L.P.. filed by Plaintiff Highland Capital Management, L.P.). (Kass, Albert) |
| 04/01/2022 | 🔘 75 (11 pgs) Subpoena on NexPoint Advisors, L.P. filed by Plaintiff Highland Capital Management, L.P.. (Annable, Zachery) |
| 04/01/2022 | 🔘 76 (11 pgs) Subpoena on Highland Capital Management Fund Advisors, L.P. filed by Plaintiff Highland Capital Management, L.P.. (Annable, Zachery) |
| 04/01/2022 | 🔘 77 (7 pgs) Subpoena on James Dondero filed by Plaintiff Highland Capital Management, L.P.. (Annable, Zachery) |
| 04/01/2022 | 🔘 78 (7 pgs) Subpoena on Dustin Norris filed by Plaintiff Highland Capital Management, L.P.. (Annable, Zachery) |
| 04/01/2022 | 🔘 79 (7 pgs) Subpoena on The Retail Board filed by Plaintiff Highland Capital Management, L.P.. (Annable, Zachery) |
| 04/01/2022 | 🔘 80 (1989 pgs; 172 docs) (REDACTED EXHIBITS ADDED 04/18/2022); Witness and Exhibit List *(Reorganized Debtor's Witness and Exhibit List with Respect to Trial to Be Held on April 12-13, 2022)* filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)1 Complaint). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16 # 17 Exhibit 17 # 18 Exhibit 18 # 19 Exhibit 19 # 20 Exhibit 20 # 21 Exhibit 21 # 22 Exhibit 22 # 23 Exhibit 23 # 24 Exhibit 24 # 25 Exhibit 25 # 26 Exhibit 26 # 27 Exhibit 27 # 28 Exhibit 28 # 29 Exhibit 29 # 30 Exhibit 30 # 31 Exhibit 31 # 32 Exhibit 32 # 33 Exhibit 33 # 34 Exhibit 34 # 35 Exhibit 35 # 36 Exhibit 36 # 37 Exhibit 37 # 38 Exhibit 38 # 39 Exhibit 39 # 40 Exhibit 40 # 41 Exhibit 41 # 42 Exhibit 42 # 43 Exhibit 43 # 44 Exhibit 44 # 45 Exhibit 45 # 46 Exhibit 46 # 47 Exhibit 47 # 48 Exhibit 48 # 49 Exhibit 49 # 50 Exhibit 50 # 51 Exhibit 51 # 52 Exhibit 52 # 53 Exhibit 53 # 54 Exhibit 54 # 55 Exhibit 55 # 56 Exhibit 56 # 57 Exhibit 57 # 58 Exhibit 58 # 59 Exhibit 59 # 60 Exhibit 60 # 61 Exhibit 61 # 62 Exhibit 62 # 63 Exhibit 63 # 64 Exhibit 64 # 65 Exhibit 65 # 66 Exhibit 66 # 67 Exhibit 67 # 68 Exhibit 68 # 69 Exhibit 69 # 70 Exhibit 70 # 71 Exhibit 71 # 72 Exhibit 72 # 73 Exhibit 73 # 74 Exhibit 74 # 75 Exhibit 75 # 76 Exhibit 76 # 77 Exhibit 77 # 78 Exhibit 78 # 79 Exhibit 79 # 80 Exhibit 80 # 81 Exhibit 81 # 82 Exhibit 82 # 83 Exhibit 83 # 84 Exhibit 84 # 85 Exhibit 85 # 86 Exhibit 86 # 87 Exhibit 87 # 88 Exhibit 88 # 89 Exhibit 89 # 90 Exhibit 90 # 91 Exhibit 91 # 92 Exhibit 92 # 93 Exhibit 93 # 94 Exhibit 94 # 95 Exhibit 95 # 96 Exhibit 96 # 97 Exhibit 97 # 98 Exhibit 98 # 99 Exhibit 99 # 100 Exhibit 100 # 101 Exhibit 101 # 102 Exhibit 102 # 103 Exhibit 103 # 104 Exhibit 104 # 105 Exhibit 105 # 106 Exhibit 106 # 107 Exhibit 107 # 108 Exhibit 108 # 109 Exhibit 109 # 110 Exhibit 110 # 111 Exhibit 111 # 112 Exhibit 112 # 113 Exhibit 113 # 114 Exhibit 114 # 115 Exhibit 115 # 116 Exhibit 116 # 117 Exhibit 117 # 118 Exhibit 118 # 119 Exhibit 119 # 120 Exhibit 120 # 121 Exhibit 121 # 122 Exhibit 122 # 123 Exhibit 123 # 124 Exhibit 124 # 125 Exhibit 125 # 126 Exhibit 126 # 127 Exhibit 127 # 128 Exhibit 128 # 129 Exhibit 129 # 130 Exhibit 130 # 131 Exhibit 131 # 132 Exhibit 132 # 133 Exhibit 133 # 134 Exhibit 134 # 135 Exhibit 135 # 136 Exhibit 136 # 137 Exhibit 137 # 138 Exhibit 138 # 139 Exhibit 139 # 140 Exhibit 140 # 141 Exhibit 141 # 142 Exhibit 142 # 143 Exhibit 143 # 144 Exhibit 144 # 145 Exhibit 145 # 146 Exhibit 146 # 147 Exhibit 147 # 148 Exhibit 148 # 149 Exhibit 149 # 150 Exhibit 150 # 151 Exhibit 151 # 152 Exhibit 152 # 153 Exhibit 153 # 154 Exhibit 154 # 155 Exhibit 155 # 156 Exhibit 156 # 157 Exhibit 157 # 158 Exhibit 158 # 159 Exhibit 159) (Annable, Zachery) Additional attachment(s) added on 4/18/2022 (Okafor, Marcey). |
| 04/01/2022 | 🔘 81 (4 pgs) Witness and Exhibit List / *Advisors' Trial Witness and Exhibit List* filed by Defendants Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P. (RE: related document(s)1 Complaint). (Berghman, Thomas) |

| 04/05/2022 | 🌐 82 (4 pgs) Objection to (related document(s): 80 List (witness/exhibit/generic) filed by Plaintiff Highland Capital Management, L.P.) filed by Defendants Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P.. (Berghman, Thomas) |
|---|---|
| 04/05/2022 | 🌐 83 (3 pgs) Objection to (related document(s): 81 List (witness/exhibit/generic) filed by Defendant Highland Capital Management Fund Advisors, L.P., Defendant NexPoint Advisors, L.P.)*(Reorganized Debtor's Objections to Advisors' Trial Witness and Exhibit List)* filed by Plaintiff Highland Capital Management, L.P.. (Annable, Zachery) |
| 04/06/2022 | 🌐 84 (4 pgs) Certificate of service re: Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case (or Adversary Proceeding) *(Affidavit of Service)* filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)78 Subpoena). (Annable, Zachery) |
| 04/06/2022 | 🌐 85 (4 pgs) Certificate of service re: Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case (or Adversary Proceeding) *(Affidavit of Service)* filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)77 Subpoena). (Annable, Zachery) |
| 04/06/2022 | 🌐 86 (8 pgs) Certificate of service re: Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case (or Adversary Proceeding) *(Affidavit of Service)* filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)76 Subpoena). (Annable, Zachery) |
| 04/06/2022 | 🌐 87 (9 pgs) Certificate of service re: Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case (or Adversary Proceeding) *(Affidavit of Service)* filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)76 Subpoena). (Annable, Zachery) |
| 04/06/2022 | 🌐 88 (8 pgs) Certificate of service re: Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case (or Adversary Proceeding) *(Affidavit of Service)* filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)75 Subpoena). (Annable, Zachery) |
| 04/06/2022 | 🌐 89 (9 pgs) Certificate of service re: Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case (or Adversary Proceeding) *(Affidavit of Service)* filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)75 Subpoena). (Annable, Zachery) |
| 04/06/2022 | 🌐 90 (23 pgs) Brief in opposition filed by Defendants Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P. (RE: related document(s)1 Complaint). (Rukavina, Davor) |
| 04/06/2022 | 🌐 91 (68 pgs) Proposed findings of fact and conclusions of law filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)1 Complaint). (Annable, Zachery) |
| 04/06/2022 | 🌐 92 (18 pgs) Proposed pre-trial order filed by Plaintiff Highland Capital Management, L.P.. (Annable, Zachery) |
| 04/07/2022 | 🌐 93 (17 pgs) Certificate of service re: Documents Served on April 1, 2022 Filed by Claims Agent Kurtzman Carson Consultants LLC (related document(s)75 Subpoena on NexPoint Advisors, L.P. filed by Plaintiff Highland Capital Management, L.P.. filed by Plaintiff Highland Capital Management, L.P., 76 Subpoena on Highland Capital Management Fund Advisors, L.P. filed by Plaintiff Highland Capital Management, L.P.. filed by Plaintiff Highland Capital Management, L.P., 77 Subpoena on James Dondero filed by Plaintiff Highland Capital Management, L.P.. filed by Plaintiff Highland Capital Management, L.P., 78 Subpoena on Dustin Norris filed by Plaintiff Highland Capital Management, L.P.. filed by Plaintiff Highland Capital Management, L.P., 79 Subpoena on The Retail Board filed by Plaintiff Highland Capital Management, L.P.. filed by Plaintiff Highland Capital Management, L.P., 80 Witness and Exhibit List *(Reorganized Debtor's Witness and Exhibit List with Respect to Trial to Be Held on April 12-13, 2022)* filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)1 Complaint). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 |

Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16 # 17 Exhibit 17 # 18 Exhibit 18 # 19 Exhibit 19 # 20 Exhibit 20 # 21 Exhibit 21 # 22 Exhibit 22 # 23 Exhibit 23 # 24 Exhibit 24 # 25 Exhibit 25 # 26 Exhibit 26 # 27 Exhibit 27 # 28 Exhibit 28 # 29 Exhibit 29 # 30 Exhibit 30 # 31 Exhibit 31 # 32 Exhibit 32 # 33 Exhibit 33 # 34 Exhibit 34 # 35 Exhibit 35 # 36 Exhibit 36 # 37 Exhibit 37 # 38 Exhibit 38 # 39 Exhibit 39 # 40 Exhibit 40 # 41 Exhibit 41 # 42 Exhibit 42 # 43 Exhibit 43 # 44 Exhibit 44 # 45 Exhibit 45 # 46 Exhibit 46 # 47 Exhibit 47 # 48 Exhibit 48 # 49 Exhibit 49 # 50 Exhibit 50 # 51 Exhibit 51 # 52 Exhibit 52 # 53 Exhibit 53 # 54 Exhibit 54 # 55 Exhibit 55 # 56 Exhibit 56 # 57 Exhibit 57 # 58 Exhibit 58 # 59 Exhibit 59 # 60 Exhibit 60 # 61 Exhibit 61 # 62 Exhibit 62 # 63 Exhibit 63 # 64 Exhibit 64 # 65 Exhibit 65 # 66 Exhibit 66 # 67 Exhibit 67 # 68 Exhibit 68 # 69 Exhibit 69 # 70 Exhibit 70 # 71 Exhibit 71 # 72 Exhibit 72 # 73 Exhibit 73 # 74 Exhibit 74 # 75 Exhibit 75 # 76 Exhibit 76 # 77 Exhibit 77 # 78 Exhibit 78 # 79 Exhibit 79 # 80 Exhibit 80 # 81 Exhibit 81 # 82 Exhibit 82 # 83 Exhibit 83 # 84 Exhibit 84 # 85 Exhibit 85 # 86 Exhibit 86 # 87 Exhibit 87 # 88 Exhibit 88 # 89 Exhibit 89 # 90 Exhibit 90 # 91 Exhibit 91 # 92 Exhibit 92 # 93 Exhibit 93 # 94 Exhibit 94 # 95 Exhibit 95 # 96 Exhibit 96 # 97 Exhibit 97 # 98 Exhibit 98 # 99 Exhibit 99 # 100 Exhibit 100 # 101 Exhibit 101 # 102 Exhibit 102 # 103 Exhibit 103 # 104 Exhibit 104 # 105 Exhibit 105 # 106 Exhibit 106 # 107 Exhibit 107 # 108 Exhibit 108 # 109 Exhibit 109 # 110 Exhibit 110 # 111 Exhibit 111 # 112 Exhibit 112 # 113 Exhibit 113 # 114 Exhibit 114 # 115 Exhibit 115 # 116 Exhibit 116 # 117 Exhibit 117 # 118 Exhibit 118 # 119 Exhibit 119 # 120 Exhibit 120 # 121 Exhibit 121 # 122 Exhibit 122 # 123 Exhibit 123 # 124 Exhibit 124 # 125 Exhibit 125 # 126 Exhibit 126 # 127 Exhibit 127 # 128 Exhibit 128 # 129 Exhibit 129 # 130 Exhibit 130 # 131 Exhibit 131 # 132 Exhibit 132 # 133 Exhibit 133 # 134 Exhibit 134 # 135 Exhibit 135 # 136 Exhibit 136 # 137 Exhibit 137 # 138 Exhibit 138 # 139 Exhibit 139 # 140 Exhibit 140 # 141 Exhibit 141 # 142 Exhibit 142 # 143 Exhibit 143 # 144 Exhibit 144 # 145 Exhibit 145 # 146 Exhibit 146 # 147 Exhibit 147 # 148 Exhibit 148 # 149 Exhibit 149 # 150 Exhibit 150 # 151 Exhibit 151 # 152 Exhibit 152 # 153 Exhibit 153 # 154 Exhibit 154 # 155 Exhibit 155 # 156 Exhibit 156 # 157 Exhibit 157 # 158 Exhibit 158 # 159 Exhibit 159) filed by Plaintiff Highland Capital Management, L.P.). (Kass, Albert)

| | |
|---|---|
| 04/07/2022 | 🌐 94 (5 pgs) Certificate of service re: Reorganized Debtor's Objections to Advisors' Trial Witness and Exhibit List Filed by Claims Agent Kurtzman Carson Consultants LLC (related document(s)83 Objection to (related document(s): 81 List (witness/exhibit/generic) filed by Defendant Highland Capital Management Fund Advisors, L.P., Defendant NexPoint Advisors, L.P.)(*Reorganized Debtor's Objections to Advisors' Trial Witness and Exhibit List*) filed by Plaintiff Highland Capital Management, L.P.. filed by Plaintiff Highland Capital Management, L.P.). (Kass, Albert) |
| 04/08/2022 | 🌐 95 (7 pgs) Subpoena on Frank Waterhouse filed by Plaintiff Highland Capital Management, L.P.. (Annable, Zachery) |
| 04/08/2022 | 🌐 96 (18 pgs) Joint Pre-Trial order (RE: related document(s)1 Complaint filed by Plaintiff Highland Capital Management, L.P.). Entered on 4/8/2022 (Okafor, Marcey) |
| 04/08/2022 | 🌐 97 (98 pgs; 13 docs) Motion to redact/restrict Emergency Redact (related document(s):80) (Fee Amount $26) filed by Plaintiff Highland Capital Management, L.P. (Attachments: # 1 Exhibit 31 (Redacted) # 2 Exhibit 32 (Redacted) # 3 Exhibit 34 (Redacted) # 4 Exhibit 36 (Redacted) # 5 Exhibit 37 (Redacted) # 6 Exhibit 38 (Redacted) # 7 Exhibit 39 (Redacted) # 8 Exhibit 40 (Redacted) # 9 Exhibit 49 (Redacted) # 10 Exhibit 76 (Redacted) # 11 Exhibit 86 (Redacted) # 12 Exhibit 142 (Redacted)) (Annable, Zachery) |
| 04/08/2022 | Receipt of filing fee for Motion to Redact/Restrict From Public View( 21-03010-sgj) [motion,mredact] ( 26.00). Receipt number A29454882, amount $ 26.00 (re: Doc# 97). (U.S. Treasury) |
| 04/08/2022 | 🌐 98 (4 pgs) Support/supplemental document - *OBJECTIONS TO TRIAL SUBPOENAS DUCES TECUM* filed by Defendants Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P. (RE: related document(s)75 Subpoena, 76 Subpoena). (Berghman, Thomas) |
| 04/08/2022 | 🌐 99 (4 pgs) Certificate of service re: re 1) Highland's Proposed Findings of Fact and Conclusions of Law; and 2) Joint Pretrial Order Filed by Claims Agent Kurtzman Carson Consultants LLC (related document(s)91 Proposed findings of fact and conclusions of law filed by Plaintiff Highland Capital |

| | |
|---|---|
| | Management, L.P. (RE: related document(s)1 Complaint). filed by Plaintiff Highland Capital Management, L.P., 92 Proposed pre-trial order filed by Plaintiff Highland Capital Management, L.P.. filed by Plaintiff Highland Capital Management, L.P.) (Kass, Albert) |
| 04/10/2022 | 100 (20 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)96 Joint Pre-Trial order (RE: related document(s)1 Complaint filed by Plaintiff Highland Capital Management, L.P.). Entered on 4/8/2022) No. of Notices: 2. Notice Date 04/10/2022. (Admin.) |
| 04/11/2022 | 101 (10 pgs) Objection to (related document(s): 98 Support/supplemental document filed by Defendant Highland Capital Management Fund Advisors, L.P., Defendant NexPoint Advisors, L.P.)*(Highland's Response to Objections to Trial Subpoenas Duces Tecum)* filed by Plaintiff Highland Capital Management, L.P.. (Annable, Zachery) |
| 04/11/2022 | 102 (337 pgs; 6 docs) Declaration re: *(Declaration of John A. Morris in Support of Highland's Response to Objections to Trial Subpoenas Duces Tecum)* filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)101 Objection). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5) (Annable, Zachery) |
| 04/12/2022 | 103 (12 pgs) Certificate of service re: 1) Plaintiff's Notice of Service of a Trial Subpoena to Frank Waterhouse ; 2) Joint Pretrial Order; and 3) Reorganized Debtor's Emergency Motion to Redact Certain Exhibits Attached to Reorganized Debtor's Witness and Exhibit List with Respect to Trial to be Held on April 12 - 13, 2022 Filed by Claims Agent Kurtzman Carson Consultants LLC (related document(s)95 Subpoena on Frank Waterhouse filed by Plaintiff Highland Capital Management, L.P.. filed by Plaintiff Highland Capital Management, L.P., 96 Joint Pre-Trial order (RE: related document(s)1 Complaint filed by Plaintiff Highland Capital Management, L.P.). Entered on 4/8/2022, 97 Motion to redact/restrict Emergency Redact (related document(s):80) (Fee Amount $26) filed by Plaintiff Highland Capital Management, L.P. (Attachments: # 1 Exhibit 31 (Redacted) # 2 Exhibit 32 (Redacted) # 3 Exhibit 34 (Redacted) # 4 Exhibit 36 (Redacted) # 5 Exhibit 37 (Redacted) # 6 Exhibit 38 (Redacted) # 7 Exhibit 39 (Redacted) # 8 Exhibit 40 (Redacted) # 9 Exhibit 49 (Redacted) # 10 Exhibit 76 (Redacted) # 11 Exhibit 86 (Redacted) # 12 Exhibit 142 (Redacted)) filed by Plaintiff Highland Capital Management, L.P.) (Kass, Albert) |
| 04/12/2022 | 104 (5 pgs) Certificate of service re: 1) Highland's Response to Objections to Trial Subpoenas Duces Tecum; and 2) Declaration of John A. Morris in Support of Highland's Response to Objections to Trial Subpoenas Duces Tecum Filed by Claims Agent Kurtzman Carson Consultants LLC (related document(s)101 Objection to (related document(s): 98 Support/supplemental document filed by Defendant Highland Capital Management Fund Advisors, L.P., Defendant NexPoint Advisors, L.P.)*(Highland's Response to Objections to Trial Subpoenas Duces Tecum)* filed by Plaintiff Highland Capital Management, L.P.. filed by Plaintiff Highland Capital Management, L.P., 102 Declaration re: *(Declaration of John A. Morris in Support of Highland's Response to Objections to Trial Subpoenas Duces Tecum)* filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)101 Objection). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5) filed by Plaintiff Highland Capital Management, L.P.) (Kass, Albert) |
| 04/12/2022 | 105 Hearing continued (RE: related document(s)1 Adversary case 21-03010. Complaint by Highland Capital Management, L.P. against Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Nature(s) of suit: 91 (Declaratory judgment). 02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy). 72 (Injunctive relief - other), filed by Plaintiff Highland Capital Management, L.P.) Continued Hearing to be held on 4/13/2022 at 09:30 AM Dallas Judge Jernigan Ctrm for 1, (Edmond, Michael) (Entered: 04/13/2022) |
| 04/12/2022 | 106 (1 pg) Request for transcript regarding a hearing held on 4/12/2022. The requested turn-around time is hourly. (Edmond, Michael) (Entered: 04/13/2022) |
| 04/12/2022 | 115 (1 pg) Court admitted exhibits date of hearing April 12, 2022 (RE: related document(s)1 Adversary case 21-03010. Complaint by Highland Capital Management, L.P. against Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Nature(s) of suit: 91 (Declaratory judgment). |

02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)). 72 (Injunctive relief - other). filed by Plaintiff Highland Capital Management, L.P.) (COURT ADMITTED ALL OF PLAINTIFF'S/DEBTOR EXHIBITS #1 THROUGH #161 BY JOHN MORRIS & COURT ADMITTED DEFENDANT'S/HCM FUND ADVISORS, L.P. AND NEXPOINT ADVISORS L.P., EXHIBITS #A, #B, #C, #D, #E, #F, #G, #H, #I, #J, #K, #M, #N, #O, #P, #Q, #R, #S, #T, #U, #V, #W, #X, #Y, #AA, #BB, #CC & #EE BY DAVOR RUKAVINA) (Edmond, Michael) (Entered: 04/15/2022)

| | |
|---|---|
| 04/13/2022 | 🌐 107  (1 pg) Request for transcript regarding a hearing held on 4/12/2022. The requested turn-around time is hourly (Bergreen, J.) |
| 04/13/2022 | 🌐 108  (1 pg) Request for transcript regarding a hearing held on 4/13/2022. The requested turn-around time is hourly. (Edmond, Michael) |
| 04/13/2022 | 🌐 109 Hearing held on 4/13/2022. (RE: related document(s)1 Adversary case 21-03010. Complaint by Highland Capital Management, L.P. against Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Adversary Cover Sheet). Nature(s) of suit: 91 (Declaratory judgment). 02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)). 72 (Injunctive relief - other). filed by Plaintiff Highland Capital Management, L.P.) (Appearances: J. Morris, H. Winograd, and G. Demo for Reorganized Debtor; D. Rukavina and T. Berghman for HCMFA and NPA. Evidentiary hearing. Evidence closed. Court will schedule closing arguments (WebEx only) in one-two week time frame. Court room deputy will reach out to parties regarding same.) (Edmond, Michael) (Entered: 04/14/2022) |
| 04/14/2022 | 🌐 110  (155 pgs) Transcript regarding Hearing Held 04/12/2022 (155 pages) RE: Trial Day 1 (9:38 am to 2:19 pm segment). THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 07/13/2022. Until that time the transcript may be viewed at the Clerk's Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Kathy Rehling, kathyrehlingtranscripts@gmail.com, Telephone number 972-783-3063. (RE: related document(s) 105 Hearing continued (RE: related document(s)1 Adversary case 21-03010. Complaint by Highland Capital Management, L.P. against Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Nature(s) of suit: 91 (Declaratory judgment). 02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)). 72 (Injunctive relief - other), filed by Plaintiff Highland Capital Management, L.P.) Continued Hearing to be held on 4/13/2022 at 09:30 AM Dallas Judge Jernigan Ctrm for 1,). Transcript to be made available to the public on 07/13/2022. (Rehling, Kathy) |
| 04/14/2022 | 🔊 🌐 111  (1 pg) PDF with attached Audio File. Court Date & Time [04/12/2022 08:44:21 AM]. File Size [ 124265 KB ]. Run Time [ 08:52:34 ]. (admin). |
| 04/14/2022 | 🔊 🌐 112  (1 pg) PDF with attached Audio File. Court Date & Time [04/13/2022 08:49:27 AM]. File Size [ 25764 KB ]. Run Time [ 01:50:11 ]. (admin). |
| 04/15/2022 | 🌐 113  (161 pgs) Transcript regarding Hearing Held 04/12/2022 RE: hearing. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 07/14/2022. Until that time the transcript may be viewed at the Clerk's Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Acorn Transcripts, LLC, Telephone number 1-800-750-5747. (RE: related document(s) 105 Hearing continued (RE: related document(s)1 Adversary case 21-03010. Complaint by Highland Capital Management, L.P. against Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Nature(s) of suit: 91 (Declaratory judgment). 02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)). 72 (Injunctive relief - other), filed by Plaintiff Highland Capital Management, L.P.) Continued Hearing to be held on 4/13/2022 at 09:30 AM Dallas Judge Jernigan Ctrm for 1,). Transcript to be made available to the public on 07/14/2022. (Gardelli, Nancy) |
| 04/15/2022 | 🌐 114  (84 pgs) Transcript regarding Hearing Held 04/13/2022 RE: Hearing. THIS TRANSCRIPT WILL |

BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 07/14/2022. Until that time the transcript may be viewed at the Clerk's Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Acorn Transcripts, LLC, Telephone number 1-800-750-5747. (RE: related document(s) 109 Hearing held on 4/13/2022. (RE: related document(s)1 Adversary case 21-03010. Complaint by Highland Capital Management, L.P. against Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Adversary Cover Sheet). Nature(s) of suit: 91 (Declaratory judgment). 02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)). 72 (Injunctive relief - other). filed by Plaintiff Highland Capital Management, L.P.) (Appearances: J. Morris, H. Winograd, and G. Demo for Reorganized Debtor; D. Rukavina and T. Berghman for HCMA and NPA. Evidentiary hearing. Evidence closed. Court will schedule closing arguments (WebEx only) in one-two week time frame. Court room deputy will reach out to parties regarding same.)). Transcript to be made available to the public on 07/14/2022. (Gardelli, Nancy)

| | |
|---|---|
| 04/18/2022 | 🖥 116  (181 pgs) Transcript regarding Hearing Held 04/13/22 RE: Trial PM Session. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 07/18/2022. Until that time the transcript may be viewed at the Clerk's Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Liberty Transcripts/Dipti Patel, Telephone number 847-848-4907. (RE: related document(s) 109 Hearing held on 4/13/2022. (RE: related document(s)1 Adversary case 21-03010. Complaint by Highland Capital Management, L.P. against Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Adversary Cover Sheet). Nature(s) of suit: 91 (Declaratory judgment). 02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)). 72 (Injunctive relief - other). filed by Plaintiff Highland Capital Management, L.P.) (Appearances: J. Morris, H. Winograd, and G. Demo for Reorganized Debtor; D. Rukavina and T. Berghman for HCMA and NPA. Evidentiary hearing. Evidence closed. Court will schedule closing arguments (WebEx only) in one-two week time frame. Court room deputy will reach out to parties regarding same.)). Transcript to be made available to the public on 07/18/2022. (Patel, Dipti) |
| 04/18/2022 | 🖥 117  (17 pgs; 3 docs) Amended Witness and Exhibit List *(Reorganized Debtor's Amended Witness and Exhibit List with Respect to Trial to Be Held on April 12-13, 2022)* filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)80 List (witness/exhibit/generic)). (Attachments: # 1 Exhibit 160 # 2 Exhibit 161) (Annable, Zachery) |
| 04/18/2022 | 🖥 118  (3 pgs) Order Granting Emergency Motion to Redact Certain Exhibits (Related Doc # 97) Entered on 4/18/2022. (Okafor, Marcey) |
| 04/19/2022 | 🖥 119 Trial/Closing arguments set (RE: related document(s)1 Adversary case 21-03010. Complaint by Highland Capital Management, L.P. against Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P.. Fee Amount $350 (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Adversary Cover Sheet). Nature(s) of suit: 91 (Declaratory judgment). 02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)). 72 (Injunctive relief - other). filed by Plaintiff Highland Capital Management, L.P.) Trial date set for 4/27/2022 at 01:30 PM at at https://us-courts.webex.com/meet/jerniga. Parties should appear via Webex. (Ellison, T.) |
| 04/20/2022 | 🖥 120  (4 pgs) Certificate of service re: 1) Reorganized Debtor's Amended Witness and Exhibit List with Respect to Trial to be Held on April 12 - 13, 2022; and 2) Order Granting Emergency Motion to Redact Certain Exhibits Attached to Reorganized Debtor's Witness and Exhibit List with Respect to Trial to be Held on April 12 - 13, 2022 Filed by Claims Agent Kurtzman Carson Consultants LLC (related document(s)117 Amended Witness and Exhibit List *(Reorganized Debtor's Amended Witness and Exhibit List with Respect to Trial to Be Held on April 12-13, 2022)* filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)80 List (witness/exhibit/generic)). (Attachments: # 1 Exhibit 160 # 2 Exhibit 161) filed by Plaintiff Highland Capital Management, L.P., 118 Order Granting Emergency Motion to Redact Certain Exhibits (Related Doc # 97) Entered on 4/18/2022.). (Kass, Albert) |
| 04/27/2022 | 🖥 121 Hearing held on 4/27/2022. (RE: related document(s)1 Adversary case 21-03010. Complaint by Highland Capital Management, L.P. against Highland Capital Management Fund Advisors, L.P., NexPoint |

| | |
|---|---|
| | Advisors, L.P., Adversary Cover Sheet). Nature(s) of suit: 91 (Declaratory judgment). 02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)). 72 (Injunctive relief - other), filed by Plaintiff Highland Capital Management, L.P.) (Appearances: J. Morris for Reorganized Debtor; D. Rukavina for HCMFA and NexPoint Advisors. Nonevidentiary hearing (closing arguments). Court took matter under advisement.) (Edmond, Michael) (Entered: 04/28/2022) |
| 05/04/2022 | 🌐 123  (1 pg) Request for transcript regarding a hearing held on 4/27/2022. The requested turn-around time is hourly (Smith, Caitlynne) (Entered: 05/25/2022) |
| 05/09/2022 | 🌐 122  (81 pgs) Transcript regarding Hearing Held 4/27/2022 RE: Closing Arguments. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 08/8/2022. Until that time the transcript may be viewed at the Clerk's Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Dipti Patel/Liberty Transcripts, Telephone number 847-848-4907. (RE: related document(s) 121 Hearing held on 4/27/2022. (RE: related document(s)1 Adversary case 21-03010. Complaint by Highland Capital Management, L.P. against Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Adversary Cover Sheet). Nature(s) of suit: 91 (Declaratory judgment). 02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)). 72 (Injunctive relief - other), filed by Plaintiff Highland Capital Management, L.P.) (Appearances: J. Morris for Reorganized Debtor; D. Rukavina for HCMFA and NexPoint Advisors. Nonevidentiary hearing (closing arguments). Court took matter under advisement.)). Transcript to be made available to the public on 08/8/2022. (Patel, Dipti) |
| 08/30/2022 | 🌐 124  (60 pgs) Findings of fact and conclusions of law in support of judgment: (A) granting breach of contract claims asserted by the Reorganized Debtor; and (B) denying Defendants' requests for allowance of administrative expense claims (RE: related document(s)1 Complaint filed by Plaintiff Highland Capital Management, L.P.). Entered on 8/30/2022 (Okafor, Marcey) |
| 09/01/2022 | 🌐 125  (62 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)124 Findings of fact and conclusions of law in support of judgment: (A) granting breach of contract claims asserted by the Reorganized Debtor; and (B) denying Defendants' requests for allowance of administrative expense claims (RE: related document(s)1 Complaint filed by Plaintiff Highland Capital Management, L.P.). Entered on 8/30/2022) No. of Notices: 2. Notice Date 09/01/2022. (Admin.) |
| 09/14/2022 | 🌐 126  (3 pgs) Judgment (final). Entered on 9/14/2022 (Okafor, Marcey) |
| 09/16/2022 | 🌐 127  (5 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)126 Judgment (final). Entered on 9/14/2022) No. of Notices: 2. Notice Date 09/16/2022. (Admin.) |
| 09/20/2022 | 🌐 128  (6 pgs) Notice of appeal . Fee Amount $298 filed by Defendants Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P. (RE: related document(s)126 Judgment). Appellant Designation due by 10/4/2022. (Rukavina, Davor) |
| 09/20/2022 | Receipt of filing fee for Notice of appeal( 21-03010-sgj) [appeal,ntcapl] ( 298.00). Receipt number A29832129, amount $ 298.00 (re: Doc# 128). (U.S. Treasury) |