Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Julian P. Vasek, Esq.
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201
(214) 855-7500

COUNSEL FOR HIGHLAND CAPITAL MANAGEMENT
FUND ADVISORS, L.P. AND NEXPOINT ADVISORS, L.P.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.<br><br>    Debtor. | § § § § § § § | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>    Plaintiff,<br><br>v.<br><br>HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P. and NEXPOINT ADVISORS, L.P.,<br><br>    Defendants. | § § § § § § § § § § § § § § | Adv. No. 21-03010-sgj |

**AMENDED DESIGNATION OF ITEMS FOR THE RECORD ON APPEAL
BY NEXPOINT ADVISORS, L.P. AND
<u>HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.</u>**

COME NOW NexPoint Advisors, L.P. and Highland Capital Management Fund Advisors, L.P. (together, the "<u>Appellants</u>") and, with respect to their *Joint Notice of Appeal*, hereby file this *Amended Designation of Items for the Record on Appeal*, designating the following items for the record of said appeal:

| Item | Docket No. | Description |
|---|---|---|
|  | | **ADVERSARY PROCEEDING (21-03010-sgj)** |
| 1 | 128 | Joint Notice of Appeal |
| 2 | 126 | Judgment |
| 3 |  | Docket Sheet |
| 4 | 1 | Plaintiff Highland Capital Management, L.P.'s Verified Original Complaint for Damages and for Declaratory and Injunctive Relief |
| 5 | 33 | Original Answer |
| 6 | 37 | Order Approving Stipulation (A) Amending Scheduling Order and (B) Consolidating and Resolving Certain Matters |
| 7 | 49 | Response to Debtor's Objection to Application for Administrative Claim of Highland Capital Management Fund Advisors, L.P. and NexPoint Advisors, L.P. |
| 8 | 56 | Highland Capital Management, L.P.'s Reply In Further Support of Debtor's Objection to Application for Administrative Claims of Highland Capital Management Fund Advisors, L.P. and NexPoint Advisors, L.P. |
| 9 | 90 | Advisors' Trial Brief |
| 10 | 91 | Highland's Proposed Findings of Fact and Conclusions of Law |
| 11 | 96 | Joint Pretrial Order |
| 12 | 124 | Findings of Fact and Conclusions of Law |
|  | | **BANKRUPTCY CASE (19-34054-sgj-11)** |
| 13 | 1826 | Application for Allowance of Administrative Expense Claim |
| 14 | 2274 | Debtor's Objection to Application for Administrative Claim of Highland Capital Management Fund Advisors, L.P. and NexPoint Advisors, L.P. |
|  | | **EVIDENCE AND TRANSCRIPTS (21-03010-SGJ)** |
| 15 | 115 | All exhibits admitted into evidence at trial on April 12, 2022 and April 13, 2022 |
| 16 | 113 | Transcript of April 12, 2022 trial |
| 17 | 116 | Transcript of April 13, 2022 trial |
| 18 | 122 | Transcript of April 27, 2022 closing arguments |

RESPECTFULLY SUBMITTED this 4th day of October, 2022.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ *Davor Rukavina*

Davor Rukavina, Esq.
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: drukavina@munsch.com
Email: jvasek@munsch.com

**ATTORNEYS FOR NEXPOINT ADVISORS, L.P. AND HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 4th day of October, 2022, true and correct copies of this document were electronically served via the Court's CM/ECF system on all parties entitled to such notice, including counsel for the appellee.

By: /s/ *Davor Rukavina*
Davor Rukavina, Esq.