## SUPERSEDEAS BOND

Bond No. SU 1188705

IN THE  United States Bankruptcy Court    COURT OF  Northern District of Texas
COUNTY OF  Dallas    STATE OF  Texas

Highland Capital Management, L.P.    Plaintiff(s)

CASE NO.  Adversary Proceeding No. 21-03010-sgj

vs

Highland Capital Management Fund Advisors, L.P., and NexPoint Advisors, L.P.    Defendant(s)

KNOW ALL MEN BY THESE PRESENTS, That we, __NexPoint Advisors, L.P.__ as Principal, and __Arch Insurance Company__, a __Missouri__ corporation, as Surety are held and firmly bound unto __Highland Capital Management, L.P.__ in the amount of __Eight Hundred Ninety Eight Thousand Four Hundred Sixty Four and 00/100__ Dollars ($ __898,464.00__ ) for the payment of which, well and truly to be made, we bind ourselves, our successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, the said __NexPoint Advisors, L.P.__ has petitioned the __United States Bankruptcy Court__ for the State of __Texas__ for an appeal to said court of an action previously decided in __United States Bankruptcy Court, Northern District of Texas, Dallas Division__ court, wherein the said __NexPoint Advisors, L.P.__ is Defendant, and being numbered __Adversary Proceeding No. 21-03010-sgj__ on the docket thereof;

NOW THEREFORE, the condition of this obligation is such that if the said __NexPoint Advisors, L.P.__ shall pay all costs, disbursements and judgements incurred by reason of the said appeal proceeding, then this obligation shall be null and void and released, otherwise to remain in full force and effect, provided however, the maximum liability of the surety shall not exceed the penal sum of __Eight Hundred Ninety Eight Thousand Four Hundred Sixty Four and 00/100__ Dollars ($ __898,464.00__ ).

IN WITNESS WHEREOF, __NexPoint Advisors, L.P.__, as Principal and __Arch Insurance Company__, as Surety, have hereunto set our hands this __3rd__ day of __October__, __2022__.

ATTEST/WITNESS

NexPoint Advisors, L.P.
Principal

By: _____    By: _____

Arch Insurance Company

By: _____
Richard H. Mitchell, Attorney-in-Fact

S-1985/GEEF 10/98

*This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated. Not valid for Note, Loan, Letter of Credit, Currency Rate, Interest Rate or Residential Value Guarantees.*

## POWER OF ATTORNEY

**Know All Persons By These Presents:**

That the Arch Insurance Company, a corporation organized and existing under the laws of the State of Missouri, having its principal administrative office in Jersey City, New Jersey (hereinafter referred to as the "Company") does hereby appoint:

**Alisa B. Ferris, Anna Childress, Jeffrey M. Wilson, Mark W. Edwards II, Richard H. Mitchell, Robert R. Freel and William M. Smith of Birmingham, AL (EACH)**

**R. E. Daniels and Shelby E. Daniels of Pensacola, FL (EACH)**

its true and lawful Attorney(s)in-Fact, to make, execute, seal, and deliver from the date of issuance of this power for and on its behalf as surety, and as its act and deed: Any and all bonds, undertakings, recognizances and other surety obligations, in the penal sum not exceeding Ninety Million Dollars ($90,000,000.00).
This authority does not permit the same obligation to be split into two or more bonds In order to bring each such bond within the dollar limit of authority as set forth herein.

The execution of such bonds, undertakings, recognizances and other surety obligations in pursuance of these presents shall be as binding upon the said Company as fully and amply to all intents and purposes, as if the same had been duly executed and acknowledged by its regularly elected officers at its principal administrative office in Jersey City, New Jersey.

This Power of Attorney is executed by authority of resolutions adopted by unanimous consent of the Board of Directors of the Company on December 10, 2020, true and accurate copies of which are hereinafter set forth and are hereby certified to by the undersigned Secretary as being in full force and effect:

"VOTED, That the Chairman of the Board, the President, or the Executive Vice President, or any Senior Vice President, of the Surety Business Division, or their appointees designated in writing and filed with the Secretary, or the Secretary shall have the power and authority to appoint agents and attorneys-in-fact, and to authorize them subject to the limitations set forth in their respective powers of attorney, to execute on behalf of the Company, and attach the seal of the Company thereto, bonds, undertakings, recognizances and other surety obligations obligatory in the nature thereof, and any such officers of the Company may appoint agents for acceptance of process."

This Power of Attorney is signed, sealed and certified by facsimile under and by authority of the following resolution adopted by the unanimous consent of the Board of Directors of the Company on December 10, 2020:

**VOTED,** That the signature of the Chairman of the Board, the President, or the Executive Vice President, or any Senior Vice President, of the Surety Business Division, or their appointees designated in writing and filed with the Secretary, and the signature of the Secretary, the seal of the Company, and certifications by the Secretary, may be affixed by facsimile on any power of attorney or bond executed pursuant to the resolution adopted by the Board of Directors on December 10, 2020, and any such power so executed, sealed and certified with respect to any bond or undertaking to which it is attached, shall continue to be valid and binding upon the Company. **In Testimony Whereof,** the Company has caused this instrument to be signed and its corporate seal to be affixed by their authorized officers, this 30th day of August, 2022.

**Attested and Certified**

Regan A. Shulman, Secretary

**Arch Insurance Company**

Stephen C. Ruschak, Executive Vice President

**STATE OF PENNSYLVANIA SS**
**COUNTY OF PHILADELPHIA SS**

I, **Michele Tripodi**, a Notary Public, do hereby certify that Regan A. Shulman and Stephen C. Ruschak personally known to me to be the same persons whose names are respectively as Secretary and Executive Vice President of the Arch Insurance Company, a Corporation organized and existing under the laws of the State of Missouri, subscribed to the foregoing instrument, appeared before me this day in person and severally acknowledged that they being thereunto duly authorized signed, sealed with the corporate seal and delivered the said instrument as the free and voluntary act of said corporation and as their own free and voluntary acts for the uses and purposes therein set forth.

Commonwealth of Pennsylvania - Notary Seal
MICHELE TRIPODI, Notary Public
Philadelphia County
My Commission Expires July 31, 2025
Commission Number 1168622

Michele Tripodi, Notary Public
My commission expires 07/31/2025

**CERTIFICATION**

I, **Regan A. Shulman**, Secretary of the Arch Insurance Company, do hereby certify that the attached **Power of Attorney dated August 30, 2022** on behalf of the person(s) as listed above is a true and correct copy and that the same has been in full force and effect since the date thereof and is in full force and effect on the date of this certificate; and I do further certify that the said Stephen C. Ruschak, who executed the Power of Attorney as Executive Vice President, was on the date of execution of the attached Power of Attorney the duly elected Executive Vice President of the Arch Insurance Company.
**IN TESTIMONY WHEREOF,** I have hereunto subscribed my name and affixed the corporate seal of the Arch Insurance Company on this 3rd day of October, 20 22.

Regan A. Shulman, Secretary

This Power of Attorney limits the acts of those named therein to the bonds and undertakings specifically named therein and they have no authority to bind the Company except in the manner and to the extent herein stated.

**PLEASE SEND ALL CLAIM INQUIRIES RELATING TO THIS BOND TO THE FOLLOWING ADDRESS:**
Arch Insurance – Surety Division
3 Parkway, Suite 1500
Philadelphia, PA 19102

*To verify the authenticity of this Power of Attorney, please contact Arch Insurance Company at SuretyAuthentic@archinsurance.com*
*Please refer to the above named Attorney-in-Fact and the details of the bond to which the power is attached.*

AICPOA040120

Printed in U.S.A.