SUPERSEDEAS BOND

Bond No. SU 1188704

IN THE __United States Bankruptcy Court__ COURT OF __Northern District of Texas__
COUNTY OF __Dallas__ STATE OF __Texas__

Highland Capital Management, L.P.   Plaintiff (s)

vs

Highland Capital Management Fund Advisors, L.P., and NexPoint Advisors, L.P.   Defendant (s)

CASE NO. Adversary Proceeding No. 21-03010-sgj

KNOW ALL MEN BY THESE PRESENTS, That we, __Highland Capital Management Fund Advisors, L.P.__ as Principal, and __Arch Insurance Company__, a __Missouri__ corporation, as Surety are held and firmly bound unto __Highland Capital Management, L.P.__ in the amount of __One Million Eight Hundred Seventy Eight Thousand Two Hundred Seventeen and 60/100__ Dollars ($ __1,878,217.60__ ) for the payment of which, well and truly to be made, we bind ourselves, our successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, the said __Highland Capital Management Fund Advisors, L.P.__ has petitioned the __United States Bankruptcy Court__ for the State of __Texas__ for an appeal to said court of an action previously decided in __United States Bankruptcy Court, Northern District of Texas, Dallas Division__ court, wherein the said __Highland Capital Management Fund Advisors, L.P.__ is Defendant, and being numbered __Adversary Proceeding No. 21-03010-sgj__ on the docket thereof;

NOW THEREFORE, the condition of this obligation is such that if the said __Highland Capital Management Fund Advisors, L.P.__ shall pay all costs, disbursements and judgements incurred by reason of the said appeal proceeding, then this obligation shall be null and void and released, otherwise to remain in full force and effect, provided however, the maximum liability of the surety shall not exceed the penal sum of __One Million Eight Hundred Seventy Eight Thousand Two Hundred Seventeen and 60/100__ Dollars ($ __1,878,217.60__ ).

IN WITNESS WHEREOF, __Highland Capital Management Fund Advisors, L.P.__, as Principal and __Arch Insurance Company__, as Surety, have hereunto set our hands this __3rd__ day of __October__, __2022__.

ATTEST/WITNESS

By: _____

Highland Capital Management Fund Advisors, L.P.
Principal
By: Strand Advisors XVI, Inc., its General Partner
By: _____

Arch Insurance Company
By: /s/ Richard H. Mitchell
Richard H. Mitchell, Attorney in Fact

S-1965/GEEF 10/99