# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| NEXPOINT ADVISORS, LP and HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, LP | § § § § | |
| v. | § § | CIVIL ACTION NO. 3:22-CV-2170-S |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | § § § § | |
| IN RE: | § § § | BANKRUPTCY CASE No. 19-34054-SGJ11; 21-03020-SGJ |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | § § § | Chapter 11 |

## ORDER

The Agreed Motion to Reopen Case and Set Oral Argument [ECF No. 29] is **GRANTED**. Accordingly, the District Clerk is directed to **REOPEN** this case. Further, the Court sets this case for oral argument on **January 30, 2024, at 1:00 p.m.**, with forty-five (45) minutes per side allowed for argument and fifteen (15) minutes for rebuttal.

**SO ORDERED.**

SIGNED November 14, 2023.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**