**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Highland Capital Management, L.P., | § | Bankr. Case No. 19-34054-sgj-11 |
| | § | |
| Debtor. | § | |
| | § | |
| Highland Capital Management Fund Advisors, L.P., now known as NexPoint Asset Management, L.P., and NexPoint Advisors, L.P., | § § § § § | |
| Appellants, | § | Civil Act. No. 3:22-cv-02170-S |
| | § | |
| v. | § | |
| | § | |
| Highland Capital Management, L.P., | § | |
| | § | |
| Appellee. | § | |

**NOTICE OF APPEAL TO THE UNITED STATES**
**COURT OF APPEALS FOR THE FIFTH CIRCUIT**

NexPoint Advisors, L.P. and Highland Capital Management Fund Advisors, L.P. (now known as NexPoint Asset Management, L.P.), as movants in the Bankruptcy Court and appellants in the District Court (the "Appellants"), hereby appeal to the United States Court of Appeals for the Fifth Circuit from the *Memorandum Opinion and Order* of the United States District Court for the Northern District of Texas, entered in this case on February 28, 2024 at Dkt. No. 35 (the "Judgment"), which affirmed the decision of the Bankruptcy Court from which the Appellants originally appealed.

The parties to the Judgment appealed from and the names and addresses of their respective attorneys are as follows:

| | |
|---|---|
| NexPoint Advisors, L.P., and Highland Capital Management Fund Advisors, L.P. | Davor Rukavina<br>Julian P. Vasek<br>MUNSCH HARDT KOPF & HARR P.C.<br>500 N. Akard St., Ste. 4000<br>Dallas, TX 75201 |
| Highland Capital Management, L.P. | John A. Morris<br>Gregory V. Demo<br>Jeffrey N. Pomerantz<br>Hayley R. Winograd<br>PACHULSKI STANG SIEHL & JONES, LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br><br>Zachery Z. Annable<br>Melissa S. Hayward<br>HAYWARD PLLC<br>10501 N Central Expressway, Suite 106<br>Dallas, TX 75231 |

RESPECTFULLY SUBMITTED this 27th day of March, 2024.

**MUNSCH HARDT KOPF & HARR P.C.**

/s/ *Davor Rukavina*
Davor Rukavina
Texas Bar No. 24030781
Julian P. Vasek
Texas Bar No. 24070790
500 N. Akard St., Ste. 4000
Dallas, TX 75201
214-855-7500
drukavina@munsch.com
jvasek@munsch.com

**COUNSEL FOR THE APPELLANTS**

## CERTIFICATE OF SERVICE

      I hereby certify that, on March 27, 2024, I caused true and correct copies of this document to be served on the following recipients via the Court's CM/ECF system:

Davor Rukavina    drukavina@munsch.com

Melissa S Hayward    mhayward@haywardfirm.com, mholmes@haywardfirm.com

Zachery Z Annable    zannable@haywardfirm.com, zannable@franklinhayward.com

Julian Preston Vasek    jvasek@munsch.com

Thomas D. Berghman    tberghman@munsch.com, CourtMail@munsch.com, hvalentine@munsch.com

John A Morris    jmorris@pszjlaw.com, hwinograd@pszjlaw.com, lsc@pszjlaw.com

Jeffrey N Pomerantz    jpomerantz@pszjlaw.com

Gregory V Demo    gdemo@pszjlaw.com, hwinograd@pszjlaw.com, jfried@pszjlaw.com, lsc@pszjlaw.com

Case Admin Sup    txnb_appeals@txnb.uscourts.gov

Stacey G Jernigan    sgj_settings@txnb.uscourts.gov, anna_saucier@txnb.uscourts.gov

                                                /s/ *Davor Rukavina*
                                                Davor Rukavina, Esq.